**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

DEC 15 2021    6:00pm

CLERK, U.S. DISTRICT COURT
By _____ Deputy

Coleman, Nina M.
_____
Plaintiff

v.

DHS Alejandro Mayorkas
_____
Defendant

NONE First
Filing Agent No.
DHS FEMA-00911-2021

Civil Action No.

**3-21CV3130-B**

<u>**COMPLAINT**</u>

Agency continues to retaliate from when Disaster Survivor Assistance DSA, Racquel Mahone accused me of not following FEMAS travel policy. My TASK force head and Group supervisor signed off and Approved my travel policy. So they would be the ones not following travel policy. My former case worker said it could Appeal with Human Capital, I did they Accepted Appeal. Mahone and Pat Silva claimed Mary Dawson did not give them my cost comparism signed by Dawson with travel dates of Dec 23-26, 2016 But I sent Mahone and Faye Green a copy of cost comparison 1-27-17. Human Capital would not reverse charge I not completing travel from VA Beach, VA to DALLAS, TX because I did not Appeal in time.

CASE NO.
DHS-FEMA
27306-2016

\* Attach additional pages as needed.    ※ See attached.

Date    12-15-21

Signature    _____

Print Name    Nina M Coleman

Address    408 E 9th St. Apt 104

City, State, Zip    Dal   TX  75203

Telephone    214-563-5395

*Additional Page(s)

Racquel Mahone and Pat Silva set me up to be terminated and the agency continued retaliation. The charges went hand in hand; Human Capital accepted my appeal and could have reversed all charges. Not Appealing in time is not misconduct. Therefore once the charge of not following FEMAs travel policy was reversed they should have reversed charge 1. Atty Morgan kenney admitted agency knew I could not complete the travel in 24 hrs. It was 21.59 hours whe that sups Mary Dawson and Esther Herrera asked me to stay 2 more days to work the Va Beach. I was prepared to demob 12/19/16. Therefore Dawson Approved me checking at 12/22/16 and travel 12/23/16. DSA continued retaliation. I Applied for A DSA SMARA Reports writing position. The Agency said I wasnot qualified but I was, the Human Capital person reviewing resumes said she sat with DA DSA managers and they told her to select and what resumes to not select. I was qualified for position and feel agency continues to retaliate. The rehired General Coleman to DSA and she was terminated for fraud. They alleged she used FEMAs travel card for personal reasons. So I do not understand why they won't rehire me.

# NOTICE OF INCOMPLETE INVESTIGATION
## COMPLAINANT ELECTION FORM

_____**Proceed with Investigation:** I agree to extend the investigation as outlined above. No further action will be required at this time. Pursuant to my request, I am granting an additional thirty (30) days for the investigation of my complaint.

_____**Alternative Dispute Resolution:** I elect to participate in Alternate Dispute Resolution and will complete the ADR Form Attached. [I understand that the investigation will proceed concurrently until resolution is reached.]

_____**Request a Hearing:** I elect to request a hearing to the Equal Employment Opportunity Commission, and agree to send a copy of the completed and filed EEOC Hearing Forms to the Office of Equal Rights.

____X____**File a Civil Action:** I elect to file a civil action in the appropriate United States District Court and agree to send a copy of the pertinent documents to the Office of Equal Rights.

_____**Withdraw the Complaint:** I elect to voluntarily withdraw the complaint.

Complainant's Name (print)___Nina M. Coleman_____

Complainant's Signature_____

Name of Complainant's Representative (print)___Unable to pay for attorney will ask Judge to appoint one___

Signature of Complainant's Representative____NA_____

__12/10/2021_____
Date

**FEMA Case No.: DHS-FEMA-00911-2021**

# ELECTION FORM

DHS-FEMA-00911-2021

**Attachment 1 -**

**EEO Investigators Affidavit**

**DHS FORM 3090 Right to File**

**Timeline for questions 15a-15e**

DHS-FEMA-00911-2021

**Affidavit of Complainant Nina Coleman - HS-FEMA-00911-2021**

I, _____**Nina Coleman**_____ am an _X_ employee of ___applicant to __ former employee
of Federal Emergency Management Agency:    **Applicant in this case, former employee.** *nc*

(Office) Federal Emergency Management Agency _____

(Division) Department of Homeland Security _____

(Branch) ____Public Assistance _____

Located in **Duty Station was Beaumont, TX until 9/21/20, Agency closed office and 8223 Willow Place S, Houston, TX**
**was duty station but I teleworked at home in Dallas TX from March 2020 until termination 4/22/21.**

In the capacity of ____Public Assistance Operations Support Specialist _____

Grade __GS-7_____ between (date) _____2020_____ and (date)___present_____
GS7 Step 1, May 13, 2019 thru May 10, 2020 , then GS& Step 2 May 10, 2020 through April 22, 2021 nc

My telephone number during working hours is _____(346) 244-3910___ 214-563-5395, you have old work number, I was
                                                                    terminated. nc

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations to cooperate fully and promptly with the investigator who has
been assigned to conduct a thorough and impartial investigation into a complaint of discrimination
against Department of Homeland Security, Federal Emergency Management Agency.  I must
provide a statement for the investigative report which is true and complete to the best of her
knowledge and which discloses all of her firsthand knowledge having a bearing on the merits of the
complaint.  The statement is provided under oath (or affirmation), without a pledge of
confidentiality, in accordance with Equal Employment Opportunity Commission rules and
regulations and Federal Emergency Management Agency.  The Complainant and the appropriate
departmental officials involved in the EEO complaint process will receive the entire investigative
file.  I have the right to review my statement prior to signing it and may make initialized corrections
if it is incomplete or inaccurate.  I have the right to receive a copy of the signed statement.
Unsure how true this Houston EEOC office said I did not have to participate in Agency's investigations but it is good that I do to defend myself.

Having been advised of the above information about my role as a witness in the investigative
process, I solemnly swear ____x_____ affirm ____x____ the statement which follows is true and
complete to the best of my knowledge and belief, and addresses the issues and concerns raise with
me by the investigator.   I did not mark x's and I do not swear but I plan to tell the truth to the best of my memory and
                          understanding. nc

1. **What is your name, position title, series, and grade?**

    answer: Nina Coleman, Public Assistance Operations Support Specialist, GS-7, step 2.
    **Correct, except I am a former PA Ops Support Specialist/Admin I was terminated 4/22/21. nc**

2. **How long have you worked for the Federal Emergency Management Agency?**

    answer: One year and 11 months.    First from June of 2007 until wrongful terminated Feb 13, 2017, however,
                                        Agency has in personnel file I was terminated Aug 22, 2017, so first round
                                        would be 10 yrs and 2 months.  I onboarded May 13, 2019 and was
                                        wrongfully terminated April 22, 2021: 2nd round is one year and 11 months.

Initials <sup>nc</sup>_____                    1

3. **Are you currently employed with FEMA?**

   answer: No. My contract was terminated in April 22, 2021.  *Correct, nc*

4. **How long have you held your current position?**

   *Correct, I was advised by first line supervisor Allen Martin my 2 year contract would be extended for another 2 years on April 8, 2021. He had me sign and return COE Condition of Employment and said he*
   answer: One year and 11 months.  *would start process but terminated me April 22, 2021, because he I did not meet with him about Office of Professional Responsibilities Record of Investigation. He first said I dd not have to then demanded I meet.*

5. **Who are your current first and second-line supervisors, with titles?**

   answer: My first-line supervisor was Allen Martin, Public Assistance Program Delivery *Task Force Lead nc* Team Lead and my second-line supervisor was Tiffany Martin, Public Assistance Group Supervisor. My third-line supervisor is Jamie McAlister, Public Assistance Deputy Branch Director.

   Mr. Martin wasn't qualified as Task Force Lead; shouldn't have been my supervisor; a Group Supervisor was supposed to be my supervisor. Former Group Supervisor Alfred Rick Malbrough made Mr. Martin my supervisor March of 2020. Mr. Martin told me Rick said he couldn't make decisions, everthing had to go thru Rick. I felt they did this because Rick was part of my EEO case: EEOC #: 460-2020-00332X, Agency #: HS-FEMA-00441-2020. Tiffany Martin became Group Supervisor but TRO Leads said she couldn't be over me because she was IM Core Program Delivery Task Force Lead

6. **What is your home address?**

   answer: 408 East 9th Street, Apt. 104, Dallas, Texas 75203.  *Correct, nc*

7. **What is your current work address?**

   answer: Public Assistance, 1100 I-35, Houston, TX 78753
   My current address 408 East 9th Street, Apt 104 as stated on #6. The address above is the Texas Recovery Office (TRO) and it is in Austin. I think is is 11000 I-35, Austin.

8. **What is the address where the discrimination occurred?**

   answer: March 2020 before COVID, I was in Beaumont, Texas.  9/21/2020 closed the Beaumont, Texas and I began teleworking from home.
   At home address, I applied for DSA Smart Analysis Reporting Managers position while teleworking at the time the Houston office was said to be duty station 8223 Willow Place S, Houston, TX. but I never reported there.

9. **What is your age?**

   answer: 1971      50, Dark Brown African Amercian

10. **Was management aware of your age?**

    Yes, when you fill out hiring forms, you enter date of birth and social security information. The hiring officials are also part of my previous case in US District Court in which I was wrongfully terminated and managers admitted
    answer:  they made an error but did not reverse all charges and put me back to work, they said they would reverse one accusing me of not following travel policy and that I did not appeal in time to reverse charge 1.

11. **When and how did management become aware of your age?**

    See above.  I was hired with Agency for almost 11 yrs under same cadre DSA which was Community
    answer:   Relations.  You complete hiring docs and equip and it has your date of birth, where you were born, if US citizen and social informaiton.

12. **Please describe the earlier EEO activity which now causes you to believe that the current event was motivated by reprisal for EEO activity.  When did this event occur?**

    Cases are now with US District Court:FEMA-00692-2013, Rita Ramos Community Relations Asst External Affairs Officer removed me from Hurricane Sandy FEMA for Kids Team Lead & demoted me with an inexperienced white woman then transferred me to another
    answer:  branch which day I told me they were demobbing me in 2 days & when team lead didn't everyday afterwards it was torturing me with demobs and treating me differently than other employees. FAD was in my favor discrimination was found. FEMA-27306-2016, wrongfully terminated 2/13/17 reservist manager Racquel Mahone didn't ask what I did or didn't do just accused me. I appealed termination with Human Capital showing I did have approval to travel home in government car.  Later Mahone and former Employee Labor Relatons Pat Silva said it was an error. Human Capital said they would reverse charg 2 but not charge 1 not completing travel home in 24 hours because I didn't appeal in time. FEMA-02350-2017 Human Capital Personnel Security denied WPS inspection job on Aug 22, 2017 said I was unfit due to 2-13-17 termination but never how and denied entrance on duty for a Local Hire Customer Service job so it was withdrawn and  HS-FEMA-00995-2020 Agency did not remove false reprimand in 3 years until I asked them Personnel Security said it was removed from Personnel file but placed in another file for 7 years.  I filed EEO complaint as additional retaliation.

Initials  nc                                    2

**13. Please provide the complaint number, the basis, and the name of the management official(s) involved.**

answer: HS-FEMA-01026-2013; HS-FEMA-27306-2016; HS-FEMA-02350-2017; see above.  HS-FEMA- 01569-2018; HSFEMA01979-2018; HS-FEMA-00178-2019, HS-FEMA-02327-2019; not sure where these cases are I thought Agency canceled they maybe with CRCL for FAD I need to know. One was filed in 2018 when Racquel Mahone showed discriminated with Cindy Shepard reported to make racial remarks, she told me she told Mahone she was counseled by team lead Sally Fenley, Equal Rights Advisor and DSA Deputy Branch Director Thu Ha Nguyen but Mahone told her she was not so she had her take a diversity course then unblocked her to deploy. I was not a counseled by Karen Mann but reprimand said I was and I was reprimanded. Pat Silva and Mahone said i if field took action then they couldn't take action so if Mann counseled me then Agency should not have taken action. Pat Silva also said on a conf call you don't counsel by email.  Mann sent me an email never said she was counseling but Mahone used email as counseling on Reprimand.  This case maybe in US District court amended to  27306-2016,  HS- FEMA-00441-2020; Jamie McAllister accused me of yelling at Angela Agaiby did not speak with my me or my witnesses and escalated allegations to Employee Labor Relations. My supervisor later met with me I advised I did not yell at her and Alfred Malbrough said he was not taken action During EEO Counseling Jamie said I was periodically monitored that is an action,  However she was not 1st line supervisor and I did nothing wrong to be watched (increased scrutiny), case is unfairly decided with an EEOC Judge who did not understand procedures now I have to appeal with Office of Federal Operations. HS-FEMA-00995-2020; Agency added Reprimand to a 7 year drop off file. Reprimand said would be removed in 3 years. HS-FEMA-00373-2021. Jamie McAllister said I disrupted a PA Mentor Program Kickoff call on Nov 6, 2020 but I was the one verbally attacked and force to take a course I already had. She called me and Felitia Dozier guinea pigs for the course. I felt she was targeting African Americans.

**14. Please describe how the management official(s) became aware of your prior EEO activity.**

answer:  They are part of cases or I advised I had cases and needed time to meet with EEO counselors, attend interviews or complete affidavits or rebuttals.

**15. Who are the Responsible Management Officials that you believed subjected you to discrimination on the bases of race,age and reprisal?**

answer: Agency Human Capital Office Mary Earhardt and Chanelle Dewberry,  and DSA Leads Barbara Bennett,Faye Green and Christopher Smith.

**The following incidents have been accepted for investigation.**

**Whether Complainant was discriminated against based on age (1971) and reprisal (Prior EEO Activity- HS-FEMA-01026-2013; HS-FEMA-27306-2016; HS-FEMA-02350-2017; HS-FEMA- 01569-2018;    HSFEMA-01979-2018;    HS-FEMA-00178-2019,    HS-FEMA-02327-2019;    HS- FEMA-00441-2020; HS-FEMA-00995-2020; HS-FEMA-00373-2021) when on March 24, 2021, Aggrieved became aware that she had not been selected for the position of Emergency Management Specialist (Recovery), IT-0089-02, advertised under vacancy announcement #FEMA-21-CTD-424169-IMCORE.**

**16. How did you become aware of the Emergency Management Specialist (Recovery) position, vacancy announcement FEMA-21-CTD-424169-IMCORE?**

answer:  I was also told when the position was actually posted.  The position is titled in USASjobs.gov as Emergency Management Specialist (Recovery), IT-0089-02; but it was for the Disaster Survivor Assistant Analysis Manager within DSA.  correct nc.  See additional information below.

I learned that DSA was making the DSA Reports Analysis position an IM CORE position in 2020. Those I have worked with that knewn I held the specialty since 2016 were excited and told me about the position and when it posted so I would apply. They do not understand I am being blocked from DSA because of previous cases even though Karen Mann and Racquel Mahone lied on my reprimand in 2016 then Mahone and Shannon Benson used Mary Dawson field manager for DR4291VA to make up charges to terminate me when I provided proof I had permission to travel home by car they then lied and said they made an error. Mahone had emails from Dawson informing her I would check out 12/22/16 and travel by car 12/23/16.  I hadn't flown to disasters since 2013 because of a panic attack. All DSA Branch Directors, Group Supervisors and Team Leads knew this. When former reservist program manager Mahone and former employee labor relations admitted an error I should have been allowed to return to DSA in 2017. Agency continued to retaliate saying I did not appeal in time so they would not reserves charge 1 knowing I could not complete travel from VA to TX in 24 hours driving along and tired from working the disaster.

**17. How was the position advertised?**

answer: Yes on USA Jobs.    usajobs.gov

**18. Did you apply for the position?**

answer: Yes.

**19. When did you apply for the position?**

answer: Jan 29, 2021 per usajobs.gov

Initials _nc_                                   3

DHS-FEMA-00911-2021

**20. If yes, explain how you applied?**

answer: Online through USA Jobs.

**21. Did you receive any type of acknowledgement that your application had been received?**
answer: Yes, I received an email that I applied and application being reviewed. The email is with Notice of Right to File form 3090, you should have it from Office of Equal Rights.

**22. Did you possess the experience needed to qualify for the position?**
answer: Yes, I answered questions on application and it shows on my resume. Task of DSA Reports Analysis is visible on the resume. As well as being a CORE employee GS 7 for over a year is first on resume at that time. PA has same admin skills as DSA I was hired with them for my DSA skills PA used a software for their reports as well.

**23. If so, please explain.**
answer: I was with DSA for 10 years working this same position on many disasters. I was doing the reports and analyst work especially when they started using SMART program in 2013. In 2016 they created a specialty for Reports Analysis and asked Branch Directors who to select and I was told many selected me. I received Reports Analyst speciality in 2016 and found they removed it 2018.

**24. Did you make the certificate list?**
answer: what is a certificate list? My position as DSA SMART Mobile Application Reports Analysis was awarded in FEMAs Deployment Tracking System (DTS) in 2016. During our interview you did not ask about a certificate list nor did the application say you have to have a certificate.

**25. Did you inquire to any authority as to why you did not make the certification list? (if applicable)**
answer: I do not understand what you are asking, during our interview you did not ask about a certification list, so I do not know why it is mentioned here. Were those hired on this certification list, do you mean awarded in Deployment Tracking System. I did tell you about it on interview.

**26. Were you contacted for an interview?**
answer: No.  No, they said I was not qualified via email but when asked about status said hiring officials were still reviewing applications.

**27. How were you notified that you were not selected for the Emergency Management Specialist (Recovery) position, vacancy announcement FEMA-21-CTD-424169-IMCORE?**

answer: Email.   correct nc.

**28. When did you learn you were not selected for the Emergency Management Specialist (Recovery) position, vacancy announcement FEMA-21-CTD-424169-IMCORE?**

answer: February 18, 2021.

**29. Who notified you of the non-selection?**

answer: USA Jobs.   Correction, an email from Chanelle Dewberry said I was not qualified. See email attached with 3090 Right to File form. Dated Feb 18, 2021 that I had missed and did not find until later after Dewberry gave status that hiring officials were still reviewing applications.

Initials <u>nc</u>                                   4

**30. What reasons were provided to you for your non-selection for the Emergency Management Specialist (Recovery) position, vacancy announcement FEMA-21-CTD-424169-IMCORE?** answer: The only person that I emailed that I spoke with.  She said that I was not found to be qualified.

Email stated: Regretfully, you have been found not qualified as your resume does not reflect you meet the requirement of one year of specialized experience equivalent to the next lower grade level, as stated in the vacancy announcement.

**31. Are you aware of who the selecting official was?**

answer: No.    Correction, Yes, DSA managers would be selecting officals.  Faye Green and Chris Smith are over KJ Smith, Ben Barron, and Barbara Bennett.  Mary Earhardt is over Chanelle Dewberry of Human Capital Office.

**32. Who was selected?**

answer: Stefani Cortez who came from working for another agency but was previously an FEMA reservist for DSA, Kayla Rahimi who use to work IT support, said knows nothing about DSA and was a reservist. Laura Knopik worked out of Denton office she may have had CORE title (like I) but neither would have 1yr IM CORE next lower level grade. 1. DSA just created the position to be from reservist position to IM CORE and reservist do not have grades.

**33. Are you familiar with selectees?**

answer: Laura Knopik, informed on conference call she said she worked in region 6 Front Office, she said she worked in Prison system for 16 years, she said she helped DSA ,however, it was not 1 yr experience.  She may have a 1yr experience as an CORE. Rahimi comng from IT does not make you know DSA reports and field procedures. Also as a Reservist she would not have a grade level. Stefani Cortez was a reservist when under DSA so she would not have next lower grade level for IM CORE.

**34. Do you believe you are better qualified?**

answer: I am not saying better but qualified for the position and they did not hire any African Americans. I started in 2007 with Community Relations which became DSA in 2013, I worked at field level as Specialist, became Crew Lead, Team Lead, Admin, Reports Manager and Resource Manager . I was one of DSAs top Admins expedited to large disasters to run DSA Reports or as Admin Asst to Branch Directors. I have the years experience with DSA.

**35. If yes, explain how you were better qualified. Be specific.**

answer: I was with DSA for 10 years working this same position and became a Reports Writer Analyst was created in 2016 and this was my specialty for DSA. When DSA became DSA in 2013 and put under Operations they forgot reports writers they left them under External Affairs. So leads who have reports writing skills and knew the new SMART software they made reports writers.  I became a SMART reports writer in 2013 Colorado disaster. Afterwards I was deployed and served as Admin, Resource Manager, Reports Manager and FEMA for Kids Team Lead. I selected and trained reports writers at Branch level. Finally 2016 they made it a specialty so you could deploy solely as Reports Analysis and I received the role in 2016.  I was told it was removed in 2018 when I became CORE but I did not become CORE until 2019 that I know of.

**36. Why do you feel age and reprisal were factors in your non-selection for the Emergency Management Specialist (Recovery) position, vacancy announcement FEMA-21-CTD-424169-IMCORE?** answer: Management hired people who have never worked with DSA and were not qualified.
**I have race, age and retaliation on 3090 form. I believe race was an issue because they did not hire any African American's for the position. I believe age because they hired younger individuals. I believe retaliation because they said I was not qualified to not give me an equal opportunity to be a candidate for position. Resume displayed several years of DSA experience in the position and 1yr experience as a CORE.  My years as a DSA reservist also equaled 1 year experience.**

**37. Is there anyone else to speak with that will have direct knowledge of this incident?**

answer: which incident, who they hired, who found me not qualified.  DSA managers would know who they hired and Human Capital office would know who and why they said I was not qualified.

**38. Is there anything else you would care to add?**

answer: I am not sure of the question.  To speak with those hired about their experience you would have to speak with them. For those saying I was not qualified and why you would have to speak with them.  Why did not offer me an equal hiring opportunity you would have to ask them. I guess I could add why Human Capital did not have Personnel Security remove I was terminated for not following FEMAs travel policy when they said they would.  It was still there when I was hired in May of 2019. See attached this is another reason why I am not receiving a fair nor equal hiring opportunity.

Initials __nc__                    5

**39. How would you like to see this matter resolved?**

answer: IM Core position that I am qualified for or return to DSA as Crew Lead with my DSA Coach and Evaluation Specialty as well as Application and Reports Analysis speciality. The discrimination against me cause me to lose a nice job opportunity because IM COREs travel alot so I missed pay and per diem.  If not a position I would need backpay for wages loss if I had the position for 1 yr.  I also request reprimand DSA put in a 7 year drop off be removed.  They are only supposed to keep a reprimand on file for 3 years. I also would like agency to remove I was terminated Aug 22, 2017 for not following FEMAs travel policy from all my files with FEMA.

*I have read the above statement consisting of _6_ pages. I have added my 3090 Notice of Right to File and Explanation.  Information I have submitted is true and complete to the best of my knowledge and belief.  I made all the necessary corrections and additions, initialing next to each.  I have also signed and initialed each page.  I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.  In accordance with 28 U.S.C. Section 1746, I declared under penalties of perjury that the above statements are true and correct to the best of knowledge, information and belief.*

_____          **10-23-21**
**Signature**                                          _____
                                                         **Date**

Initials ___ **nc**                          6

DHS-FEMA-00911-2021

OMB No. 1610-0001 Expiration Date: 8/31/18

| DEPARTMENT OF HOMELAND SECURITY<br>**INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION**<br>*(Use this form for original complaints and amendments.)* | **FOR OFFICIAL USE ONLY**<br>DEPARTMENT CASE NUMBER<br>HS-FEMA-00911-2021<br>FILING DATE |

## PART I COMPLAINANT IDENTIFICATION

| 1. NAME *(Last, First, Middle Initial)*<br>Coleman, Nina M. | 5. NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK *(If a Department of Homeland Security Employee)* |
|---|---|

| 2. TELEPHONE/FAX *(Include Area Code)* | | Bureau or Component |
|---|---|---|

| Home<br>214-563-5395 | Fax | **FEMA** |
| Work<br>NA | Fax | Office and Organizational Unit<br>Public Assistance |

**3. HOME ADDRESS** *(You must notify the Department of any change of address while complaint is pending, or your complaint may be dismissed.)*
Homeless: living at mom's one bedroom residence
408 E. 9th, Street, Apt. 104
Dallas, TX 75203

Street Address
11000 I-35

| City<br>Austin | TX State | Zip Code<br>78753 |

**6. EMPLOYMENT STATUS IN RELATION TO THIS COMPLAINT**

[x] Applicant   [ ] Probationary   [ ] Career/Career Conditional

[ ] Uniformed Service Member

**4. IF YOU ARE A CURRENT OR FORMER EMPLOYEE OF THE FEDERAL GOVERNMENT, LIST YOUR RECENT TITLE, SERIES, AND GRADE.**

Title
Public Assistance Ops Support Specialist

| Series<br>0303 | Grade GS7, Step 2 |

[x] Former Employee/Member   4/22/2021
Date Left Department

[ ] Retired
Date of Retirement

[ ] Other *(Specify)* _____

**7. I certify that all statements made in this complaint are true, complete, and correct to the best of my knowledge and belief.**

| SIGNATURE OF COMPLAINANT OR ATTORNEY REPRESENTATIVE<br>*[signature]* | DATE<br>5-22-21 |

## PART II DESIGNATION OF REPRESENTATIVE

**8. YOU MAY REPRESENT YOURSELF IN THIS COMPLAINT OR YOU MAY CHOOSE SOMEONE TO REPRESENT YOU. YOUR REPRESENTATIVE DOES NOT HAVE TO BE AN ATTORNEY. YOU MAY CHANGE YOUR DESIGNATION OF A REPRESENTATIVE AT A LATER DATE, BUT YOU MUST NOTIFY THE DEPARTMENT IMMEDIATELY IN WRITING OF ANY CHANGE, AND YOU MUST INCLUDE THE SAME INFORMATION REQUESTED IN THIS PART.**

"I hereby designate *(Please Print Name)*      Self                                          to serve as my

representative during the course of this complaint. I understand that my representative is authorized to act on my behalf."

Is the representative an attorney?   [ ] YES   [ ] NO

| 9. REPRESENTATIVE'S MAILING ADDRESS<br>FIRM/ORGANIZATION | 10. REPRESENTATIVE'S EMPLOYER *(If Federal Agency)* |
|---|---|
| STREET ADDRESS | 11. REPRESENTATIVE'S TELEPHONE/FAX *(Include Area Code)*<br>Telephone           Fax |
| CITY, STATE, & ZIP CODE | 12a. COMPLAINANT'S SIGNATURE<br>*[signature]* | 12b. DATE<br>5-22-21 |

DHS Form 3090-1 (8/15)
HS-FEMA-00911-2021

Page 1 of 4

## PART III ALLEGED DISCRIMINATORY ACTIONS

| 13. NAME OF PERSON OR DHS COMPONENT WHO TOOK THE ACTION AT ISSUE. Mary Earhardt and Chanelle Dewberry | 14. ARE YOU WILLING TO PARTICIPATE IN MEDIATION OR OTHER AVAILABLE TYPES OF ALTERNATIVE DISPUTE RESOLUTION TO RESOLVE YOUR COMPLAINT? |
|---|---|
| ORGANIZATION FEMA - Office of the Chief Component Human Capital Officer | [x] YES    [ ] NO |
| STREET ADDRESS 500 C ST. SW | |
| CITY, STATE, & ZIP CODE Washington, DC | |

15. A. Describe the action taken against you that you believe was discriminatory.  **See attached, below.**
    B. Give the date when the action occurred, and the name of each person responsible for the action.  **See attached below.**
    C. Describe how you were treated differently from other employees, applicants, or members for any of the reasons listed in Item 16.  **See attached below.** None African Americans were hired, 2 without next GS level.
    D. Indicate what harm, if any, came to you in your work situation as a result of this action. (You may, but are not required to, attach extra sheets.)  **Harm: I the chance to make more money, I lost career growth and I lost the chance to be promoted and saved from harassement on DR4332TX before falsely terminated again.**
    E. If the basis of your complaint is parental status or sexual orientation, use this form, but your complaint is not statutorily based and will follow separate, parallel process.

    I do not think it is but with Agency and alot of behind the screens activities they could have targeted me becaeuse I have young children.

16. Mark below **ONLY** the bases you believe were relied on to take the actions described in Item 15.

| | | | |
|---|---|---|---|
| [x] | RACE *(Specify)* | [x] | AGE *(Date of Birth)*  07-07-1971 |
| [ ] | COLOR *(Specify)* | [ ] | PHYSICAL OR MENTAL DISABILITY *(Describe)* |
| [ ] | RELIGION *(Specify)* | | |
| [ ] | NATIONAL ORIGIN *(Specify)* | [x] | RETALIATION/REPRISAL *(Dates of Prior EEO Activity)* 2016 and 2017 both with US District Court |
| [ ] | SEX *(Specify)* | | |
| | [ ] Pregnancy  [ ] Gender Identity | [ ] | GENETIC INFORMATION |
| | | [ ] | SEXUAL ORIENTATION PARENTAL STATUS |

17. WHAT REMEDIAL OR CORRECTIVE ACTION ARE YOU SEEKING TO RESOLVE THIS MATTER
(1) I should have the position. (2) Or, find another position similar, I prefer to travel but really think Agency is preventing me traveling positions because of former Reservist Manager accused me of not following FEMAs travel policy, even though 3-16-17 Agency said they would reverse charge. (3) $16,000.

18. ON THIS SAME MATTER, HAVE YOU FILED A GRIEVANCE OR APPEAL UNDER:

| | YES | NO |
|---|---|---|
| Negotiated grievance procedure | [ ] | [x] |
| Agency grievance procedure | [ ] | [x] |
| Merit Systems Protection Board appeal procedure | [ ] | [x] |

If you filed a grievance or appeal, provide date filed, case number, and present status.

## PART IV CONTACT

**EEO/EO Counseling is not required if you are requesting amendment of an existing, open complaint. Complete items 24 and 25, even if you did not contact a counselor.**

| 19. DATE YOU CONTACTED AN EEO COUNSELOR Believe March 16, 2021, I have to send email to FEMAs Equal Rights Email and they assign someone. | 20. NAME AND TELEPHONE NUMBER OF EEO COUNSELOR Name Marilyn Johnson    Phone  404-312-4294 |
|---|---|
| 21. DID YOU DISCUSS ALL ACTIONS RAISED IN ITEM 15 WITH AN EEO COUNSELOR? *(If NO, explain on attached sheet)* [x] YES    [ ] NO | 22. DATE YOU RECEIVED YOUR "NOTICE OF RIGHT TO FILE" May 7, 2021 |

23. IF YOU ARE REQUESTING AMENDMENT OF AN EXISTING, OPEN, FORMAL COMPLAINT (OR PROVIDING ADDITIONAL EVIDENCE), INDICATE THE COMPLAINT CASE NUMBER OF THAT COMPLAINT. Unsure, Age can go right to US District Court

| 24. DATE OF MOST RECENT DISCRIMINATORY EVENT EEO Unit Chief said to not put recent termination on 4/22/21 here that section is for most recent discriminatory event to this case being filed. | 25. DATE YOU FIRST BECAME AWARE OF THE ALLEGED DISCRIMINATION For this case 3/24/21. Earhardt not allowing Dewberry to speak with Counselor I was made aware 5/7/21. I was terminated 4/22/21. |
|---|---|

DHS Form 3090-1 (8/15)                                                                 Page 2 of 4
HS-FEMA-00911-2021

**DHS Form 3090 - Notice of Right to File**

**Part III – Alleged Discriminatory Action**

*15 A through E Descriptions*

**15A & B:** Action taken against me I feel was discrimination *was retaliation, (retaliation for previous EEO activities, including against DSA for terminating me in retaliation but said they made an error after I provided Acting Administrator Robert Fenton my cost comparison, Human Capital informed, they would reverse Charge 2: not following FEMAs travel policy but not Charge 1: not following supervisor's instructions and completing travel from VA Beach, VA to Dallas, TX in 24 hours because I did not appeal in time.)* I feel race discrimination as well. The Agency also hired 3 none African Americans, without next Grade Level titles for IMC position. I also feel my age played a factor.

**Chanelle Dewberry**, sent an email, however, I did not see email until much later, dated **Feb 18, 2021**, stating, I was not qualified for DSA Analysis Manager position.
On, Feb. 27, 2021 I asked Chanell Dewberry for an update on position and she responded on March 1, 2021, *"The Program Office has not returned a selection at this and is still reviewing applications. Once there is an update, you will receive an email update similar to the correspondence informing you that you were referred. I hope this helps!!"* I responded ok, I was waiting, that it was my old position and I felt I was good candidate. **See Exhibit 1**

On March 24, 2021, I stumbled upon the Feb. 18, 2021 email stating I was not qualified.

I was waiting since March 1, 2021, to hear back from someone and as soon as I saw it, on March 24, 2021, I asked how I was not Qualified that I was with DSA for 4 and ½ years. **See Exhibit 2.** I do not recall her responding but I see, another email where she responded about reviewing another job application I submitted. I do not understand, how I received a not qualified so soon, when on March 1, she stated Program Office has not returned a selection.

The February 18th, 2021 email, said I was not qualified for DSA Analysis Manager position, stated, *"Regretfully, you have been found not qualified as your resume does not reflect you meet the requirement of one year of specialized experience equivalent to the next lower grade level, as stated in the vacancy announcement.*

This vacancy announcement was open to the public, many who have not worked in government may not have the next lower grade level. If never worked at FEMA they would not have the specialized qualifications.

I feel as a CORE Ops Support Specialist Qualified for year (1), 11 months and 11 day of having Reports and Admin tasks I was qualified at the next lower grad and I had a Crew Lead Position Task Book, 76% completed before I opened a Planning PTB that was 87% completed, I was lacking one course to complete Planning PTB. Planning Admins are loaned to Cadre's to write their reports, created and upkeep of Org Chart and anything admin needs.

I started in Community Relations (CR) in 2007 and in 2013 it became Disaster Survivor Assistance (DSA); therefore, my Emergency Management career started and grew in this Cadre. I used this experience when writing reports and performing tasks as a Public Assistance Ops Support Specialist/Admin. Asst.

**15C:** I was treated differently because I was not provided an equal opportunity as others but I have DSA Reports Analysis Manager experience with the Cadre. I was listed as not qualified because Agency and Cadre Leads want to keep me out because I speak out against unfair treatment and discrimination.

I also believe my age played a part.

It would be up to the Agency to identify those of another race that were treated the same as I, or with same experience as I that were told they were not qualified. I would not have record of this personnel security.

### ADDITIONAL INFORMATION

#### Application Qualifications listed:
The qualification requirements listed below must be met within 30 days of the closing date of the announcement. You qualify for this position at the IT-02 level (starting salary $22.08) if you possess the following: One full year of specialized experience equivalent to the next lower grade (IT-01) in the Federal Service. This experience may have been gained in the federal government, a state or local government, a non-profit organization, the private sector, or as a volunteer; however, your resume must clearly describe at least one year of specialized experience.

#### Specialized experience for this position includes:
- Leading the collection, organization, analysis and reporting of disaster information to support program priorities and objectives; and
- Preparing and writing reports/summaries to support leadership in decision making; and
- Resolving complex issues and presenting recommendations or guidance to leadership; and
- Evaluating and gathering data from a variety of sources to create work products/reports.

I have the specialized experience at GS 7 level for over a year as Public Assistance Ops Support Specialist Qualified in FEMA Qualification System Position Task Book. In this position, I exported, collected, organized, analyzed reports that supported Public Assistance support program priorities and objectives, as well as prepared and tailored reports support leadership needs, decision making. I also provided guidance and identified discrepancies when evaluating and gathering data from a variety of reports data. I also complete Daily Accountability and DTS Reports, had special assignments in which I created reports to track staff's mandatory training, holiday leave, and equipment. When Region started using ATS for CORE employees, I also generated reports for staff's accountability through this system. I created and kept up with Org Chart; I took the DTS Org Chart training therefore I am skilled in the creating the Org Chart in DTS a plus for the DSA Reports Manager position. I was also a Webta Timekeeper and completed and submitted OT Projection Report.

As DSA Resource Manager and Reports Manager, I oversaw and on certain disasters selected Reports Admin at field level in the Branches. I also provided guidance on how to write the report and what leadership may want to capture in the reports. I took data from the SMART software and captured it in the report. DSA currently uses Survey 1 2 3 and have had to train DSA employees on the software when they started using it.

As a DSA Reports Manager, I also completed Daily Accountability Reports, Org Charts, OT Justifications, After-Action Reports, Close-Out Reports, combined Daily Summary Field Reports, completed Sit Reps and Executive Summaries. Before DSA had a SMARA position, I was already performing the task. When DSA created the position, I was awarded the position in July 2016, I mainly served as the Lead (Manager) at Joint Field Office (JFO). **See Exhibit 3**

The job announcement said open to the public (US Citizens), however, many who have not worked in Federal Government or for FEMA will not have my extensive background within IA/DSA. I was also recognized for my report writing skills when I was Reports Manager/Admin Asst for Texas Disasters 4269 and 4272. I worked at the JFO in Texas for 111 days. I was then expedited to DR-4277-LA as Reports Writer. If a person never has Federal or FEMA experience, I do not see how they would have IMC (IT-01 or IT-02) experience. As a CORE – Cadre on Call Recovery and Resource employee I am more qualified at the IMC (IT-01) level. Even if the candidate had a degree, it would not have experience in FEMAs Individual Assistance Program or know Disaster Survivor Assistance (DSA) Mission.

I totaled the number of days, I worked as a Reports Writer/Manager and it totaled 330 days. When you add my Crew, Lead positions of 94 days it totals: **424** day of writing reports, working directly with Branch Director's Deputy Branch Directors, Task Force Leads and Group Supervisors. On several disasters I was expedited for my skills as DSA Reports Manager.

## APPLICATION MAJOR DUTIES

This is an IM CORE position located in the Individual Assistance Division, Cadre Management and Training Branch.

As a **Disaster Survivor Assistance Analysis Manager,** you will support the delivery of disaster recovery efforts with other emergency management stakeholders and partners.

**Typical duties include:**

- Interacting with DSA Branch Director, internal and external stakeholders to ensure disaster survivor assistance mission essential tasks are completed and effectively delivered.
- Leading and supervising DSA Field Analysts to ensure efficient work operations.
- Assisting DSA Branch Director in developing field summaries and reporting requirements or distribution.
- Gathering and analyzing disaster related information for decision making to support disaster survivor assistance leadership in managing operational priorities.

I have performed all the duties mentioned in the job application above. I may not have the typical duties mentioned word for word on my resume, however, anyone could look at the Titles, Tasks and Responsibilities on resume and see I am qualified for the **DSA Analysis Manager** position. The person reviewing resumes may not know that Crew Leads, and Task Force Leads have to do daily accountability and Daily Summary Reports as well as work with internal and external partners but we do, as well as work up the Chain of Command. So, I've experience as **DSA Field Analysts and DSA Analysis Manager.**

# Exhibit 1

 **Gmail**

NC Old-Soul <ninacoleman7771@gmail.com>

## Fwd: Inquiring of FEMA-21-CTD-424169-IMCORE

1 message

**NC Old-Soul** <ninacoleman7771@gmail.com>
To: N Coleman <ninacoleman7771@gmail.com>

Sat, May 22, 2021 at 6:53 PM

---

――――― Forwarded message ―――――
From: **NC Old-Soul** <ninacoleman7771@gmail.com>
Date: Mon, Mar 1, 2021 at 2:25 PM
Subject: Re: Inquiring of FEMA-21-CTD-424169-IMCORE
To: Dewberry, Chanelle <chanelle.dewberry@fema.dhs.gov>

Ok, great.

I will be waiting.

It's my old job, so I feel, I would be a great candidate and I only need minimal training and I am hoping to become an IMC.

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

On Mon, Mar 1, 2021, 8:53 AM Dewberry, Chanelle <chanelle.dewberry@fema.dhs.gov> wrote:

> Good morning,
>
> The Program Office has not returned a selection at this time and is still reviewing applications. Once there is an update, you will receive an email update similar to the correspondence informing you that you were referred. I hope this helps!
>
> Thank you,
>
> Chanelle Dewberry
>
> Talent Acquisitions Division
>
> Office of the Chief Component Human Capital Officer
>
> Federal Emergency Management Agency
>
> Department of Homeland Security
>
> Mobile: 202-304-5023*
>
> FEMA's Business Process Hub: https://portalapps.fema.net/apps/processhub/Pages/BPHHome.aspx
>
> Hiring Guide for Managers and Hiring Toolkit: https://intranet.fema.net/org/ms/OCCHCO/TA/Pages/HiringToolkit.aspx
>
> For human capital information you need, connect with OCCHCO's Human Capital Service Desk by phone (866) 896-8003 or by email FEMA-HC-ServiceDesk@fema.dhs.gov.
>
> Customer service is my priority.  Please provide any feedback regarding my customer service to my supervisors Chris Brown (christopher.brown@fema.dhs.gov) or Mayowa Pamphille (mayowa.pamphille@fema.dhs.gov).

Own your personnel data and HR needs!

**Review** | **Edit** | **Ask**

Confidentiality Notice: This communication, along with any attachments, is covered by Federal and State law governing electronic communications and may contain restricted and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.

**From:** NC Old-Soul <ninacoleman7771@gmail.com>
**Sent:** Saturday, February 27, 2021 6:52 AM
**To:** Dewberry, Chanelle <chanelle.dewberry@fema.dhs.gov>
**Subject:** Inquiring of FEMA-21-CTD-424169-IMCORE

Good morning.

I am following up on the status of: DSA SMARA position. USAjobs is showing you are still reviewing applications. The job closed on 1/29/21.

There were 3 vacancies.

Please advise.

# Announcement number

## FEMA-21-CTD-424169-IMCORE

# Control number

## 590775000

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

---

**6 attachments**

**image001.png**
6K

**image002.png**
5K

**image003.jpg**
2K
HS-FEMA-00911-2021

# Exhibit 2

 **Gmail**

NC Old-Soul <ninacoleman7771@gmail.com>

---

## Re: Application Status: Not Qualified (NQSE)

1 message

---

**NC Old-Soul** <ninacoleman7771@gmail.com>                                      Wed, Mar 24, 2021 at 6:30 AM
To: "Dewberry, Chanelle" <chanelle.dewberry@fema.dhs.gov>

Good morning.
I wanted to know how I was not qualified when this is my old position, I held for 4 1/2 years under DSA.

Please advise.

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

On Thu, Feb 18, 2021, 10:28 AM Dewberry, Chanelle <noreply@mgsapps.monster.com> wrote:
> Thank you for your interest in the Federal Emergency Management Agency. We have reviewed your application for the following
> vacancy announcement: FEMA-21-CTD-424169-IMCORE, Emergency Management Specialist (Recovery), IT-0089-02.
>
> Regretfully, you have been found not qualified as your resume does not reflect you meet the requirement of one year of specialized
> experience equivalent to the next lower grade level, as stated in the vacancy announcement.
>
> We encourage you to consider other opportunities with the Federal Emergency Management Agency. All of our vacancies can be
> located at www.usajobs.gov.
>
> We wish you success in your employment endeavors.

 Gmail

**NC Old-Soul <ninacoleman7771@gmall.com>**

## Application Status: Not Qualified (NQSE)

1 message

**Dewberry, Chanelle <noreply@mgsapps.monster.com>**
Reply-To: chanelle.dewberry@fema.dhs.gov
To: ninacoleman7771@gmail.com

Thu, Feb 18, 2021 at 10:28 AM

Thank you for your interest in the Federal Emergency Management Agency. We have reviewed your application for the following vacancy announcement: FEMA-21-CTD-424169-IMCORE, Emergency Management Specialist (Recovery), IT-0089-02.

Regretfully, you have been found not qualified as your resume does not reflect you meet the requirement of one year of specialized experience equivalent to the next lower grade level, as stated in the vacancy announcement.

We encourage you to consider other opportunities with the Federal Emergency Management Agency. All of our vacancies can be located at www.usajobs.gov.

We wish you success in your employment endeavors.

# Exhibit 3

DTS 01442

Nina Coleman Records

For SMARA Specialty

| | | | | |
|---|---|---|---|---|
| 331351 | 18286 | 4/2/2016 | 18286 | Canceling request that 04/05/2016 - 04/08/2016 be changed to PANA |
| 331352 | 18286 | 4/2/2016 | 18286 | Requesting 04/01/2016 - 04/08/2016 be changed to Available |
| 331353 | 18286 | 4/2/2016 | 18286 | Requesting 04/01/2016 - 04/05/2016 be changed to Available |
| 331354 | 18286 | 4/2/2016 | 18286 | Requesting 04/01/2016 - 04/08/2016 be changed to Available |
| 331377 | 18286 | 4/2/2016 | 18286 | Requesting 04/01/2016 - 04/04/2016 be changed to Available |
| 331388 | 18286 | 4/3/2016 | 18286 | Requesting 04/05/2016 - 04/08/2016 be changed to Available |
| 331389 | 18286 | 4/3/2016 | 18286 | Requesting 04/03/2016 - 04/04/2016 be changed to PANA |
| 368675 | 18286 | 6/9/2016 | 18760 | Amended specialty DSA - SURVIVOR MOBILE APPLICATION REPORTING ANALYSIS |
| 373916 | 18286 | 6/16/2016 | 17650 | Updated by the NFC Personnel Import |
| 394056 | 18286 | 7/13/2016 | 17610 | Removed training Individual Assistance (IA) Specialist Surge Training |
| 419154 | 18286 | 8/14/2016 | 18286 | Requesting 08/15/2016 - 08/18/2016 be changed to PANA |
| 423675 | 18286 | 8/19/2016 | 18286 | Requesting 08/19/2016 - 08/20/2016 be changed to PANA |
| 434742 | 18286 | 9/1/2016 | 19417 | Issue task book for DSA Disaster Survivor Assistance Crew Leader approved |
| 450386 | 18286 | 9/27/2016 | 18286 | Requesting 09/27/2016 - 09/30/2016 be changed to PANA |
| 450405 | 18286 | 9/27/2016 | 17653 | |
| 452085 | 18286 | 10/1/2016 | 18286 | Requesting 10/02/2016 - 10/05/2016 be changed to PANA |
| 452086 | 18286 | 10/1/2016 | 18286 | Requesting 10/09/2016 - 10/12/2016 be changed to PANA |
| 472835 | 18286 | 10/25/2016 | 17643 | |
| 522436 | 18286 | 1/24/2017 | 17653 | |
| 541972 | 18286 | 2/13/2017 | 26278 | |
| 564974 | 18286 | 3/30/2017 | 17650 | Updated by the NFC Personnel Import |

HS-FEMA-00911-2021

DHS-FEMA-00911-2021

2

For SMARA Specialty

Nina Coleman Records

DTS 01442

| 566354 | 18286 | 4/2/2017 | NULL | Position "SVCL: DSA Disaster Survivor Assistance Crew Leader" automatically removed upon Termination. |
|---|---|---|---|---|
| 566368 | 18286 | 4/2/2017 | NULL | Position "DSAS: DSA Disaster Survivor Assistance Specialist" automatically removed upon Termination. |
| 830175 | 18286 | 2/21/2018 | 1002331 | Removed Specialty FQS - FQS COACH EVALUATOR |
| 830176 | 18286 | 2/21/2018 | 1002331 | Removed Specialty DSA - SURVIVOR MOBILE APPLICATION REPORTING ANALYSIS |
| 1250074 | 18286 | 5/10/2019 | 17644 | Updated by EMO Personnel Import |
| 1252682 | 18286 | 5/14/2019 | 18286 | Modified Email via Responder Portal: Ninacoleman7771@gmail.com; Email Type: Personal; Is Primary: Yes; Is Official: No; |
| 1252683 | 18286 | 5/14/2019 | 18286 | Modified Phone Number via Responder Portal: (214) 563-5395; Phone Type: Personal (Cell); Receive Text: Yes; Is Primary: Yes; |
| 1252684 | 18286 | 5/14/2019 | 18286 | Modified Email via Responder Portal: nina.coleman@fema.dhs.gov; Email Type: Work; Is Primary: No; Is Official: Yes; |
| 1252685 | 18286 | 5/14/2019 | 18286 | Modified Email via Responder Portal: ninacoleman7771@gmail.com; Email Type: Personal; Is Primary: Yes; Is Official: No; |
| 1252686 | 18286 | 5/14/2019 | 18286 | Modified Phone Number via Responder Portal: (214) 563-5395; Phone Type: Personal (Cell); Receive Text: Yes; Is Primary: Yes; Is Official: No; |
| 1252687 | 18286 | 5/14/2019 | 18286 | Modified Phone Number via Responder Portal: (347) 635-0506; Phone Type: FEMA (Cell); Receive Text: No; Is Primary: Yes; Is Official: Yes; |
| 1252690 | 18286 | 5/14/2019 | 18286 | Added Phone Number via Responder Portal: (346) 244-3910; Phone Type: FEMA (Cell); Receive Text: No; Is Primary: No; |
| 1252693 | 18286 | 5/14/2019 | 18286 | Modified Phone Number via Responder Portal: (347) 635-0506; Phone Type: FEMA (Cell); Receive Text: No; Is Primary: No; Is Official: Yes; |
| 1252853 | 18286 | 5/14/2019 | 18286 | Modified Email via Responder Portal: nina.coleman@fema.dhs.gov; Email Type: Work; Is Primary: Yes; Is Official: Yes; |
| 1252854 | 18286 | 5/14/2019 | 18286 | Modified Email via Responder Portal: nina.coleman@fema.dhs.gov; Email Type: Work; Is Primary: No; Is Official: Yes; |

DHS-FEMA-00911-2021

3

# Exhibit 4

**Below I was qualified and referred for an IM CORE Manager position under Individual Assistance Cadre.  DSA is under IA and work hand in hand.  DSA wrongfully terminated me Feb 13, 2016 and admitted an error not returning all charges and put me back to work was retaliation. So they still are retaliating by saying I was not qualified for the DSA IMCORE Reports Manager position when I was.**

 **Gmail**

NC Old-Soul <ninacoleman7771@gmail.com>

## Application Status: Referred

1 message

**Dewberry, Chanelle** <noreply@mgsapps.monster.com>                    Thu, Jan 14, 2021 at 10:15 AM
Reply-To: chanelle.dewberry@fema.dhs.gov
To: ninacoleman7771@gmail.com

Dear NINA COLEMAN,

This is to advise you of the action taken on your application for vacancy announcement FEMA-21-RJ-403707-IMCORE, Emergency Management Specialist (Individual Assistance Information Management Manager), IT-0089-2 with the Federal Emergency Management Agency.

You were among the best qualified candidates and referred to the selecting official for consideration. There is no further action required from you at this time.

Thank you for your interest in employment with the Federal Emergency Management Agency.

# End of Exhibits

DHS-FEMA-00911-2021

OMB No. 1610-0001 Expiration Date: 8/31/18

## DEPARTMENT OF HOMELAND SECURITY

### DHS FORM 3090-1, INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION FORM INSTRUCTIONS

**(Read the following instructions carefully before you complete this form.)**

**(Please complete all items on the complaint form.)**

**GENERAL:**  This form should be used only if you, as an applicant for employment with the Department of Homeland Security (DHS), or as a present or former Department of Homeland Security employee:

1.  believe you have been discriminated against because of your **race, color, religion, sex, national origin,** age (40 years or older at the time of the event giving rise to your claim), **physical or mental disability, genetic information** or in **reprisal** for opposition to activities protected by civil rights statutes, or participation in proceedings to enforce those statutes; **or**

2.  believe you have been discriminated against because of your **parental status or sexual orientation.** Your claim is not covered under statutory basis, but will be processed under a parallel procedure, **and**

3.  have presented the matter for informal resolution to an Equal Employment Opportunity (EEO) Counselor within **45 days** of the event giving rise to your claim, or within **45 days** of first becoming aware of the alleged discrimination. If you are amending or providing additional evidence to an existing open complaint, the form should be used, but EEO counseling is not required.

**IMPORTANT NOTE:**  In certain situations, the information provided in Part III of the attached complaint form may be used in lieu of an affidavit in the investigation of your complaint. Accordingly, the information you provide in this part should be brief, clear, and complete.

**WHEN TO FILE:**  In accordance with 29 CFR 1614.106, your formal complaint must be filed within **15 calendar days** of the date you received the "Notice of Right to File a Discrimination Complaint" from your EEO Counselor. You must sign and date your complaint. If you are represented **by an attorney**, the attorney may sign the complaint on your behalf.

These time limits may be extended:

1)  if you show that you were not notified of the time limits and were not otherwise aware of them, **or**

2)  if you were prevented by circumstances beyond your control from submitting the matter within the time limits, **or**

3)  for other reasons considered sufficient by the Department.

**REPRESENTATION:**  You may have a representative of your own choosing at all stages of the processing of your complaint. However, your representative will be disqualified if such representation would conflict with the official or collateral duties of the representative. No EEO Counselor, EEO Investigator or EEO Officer may serve as a representative. (Your representative need not be an attorney, but only an attorney representative may sign the complaint on your behalf.)

**WHERE TO FILE:**  In accordance with 29 CFR 1614.106(c), your written complaint must be signed by you or your attorney. The complaint should be filed with the EEO Director of the Department of Homeland Security component where the alleged discrimination occurred. (Filing instructions are contained in the "Right to File" form, which was provided by your Counselor.) Keep a copy of the completed complaint form for your records.

DHS Form 3090-1 (8/15)
HS-FEMA-00911-2021

Page 3 of 4

DHS-FEMA-00911-2021

# PRIVACY ACT STATEMENT

1. **FORM/TITLE/DATE:** Department of Homeland Security (DHS) DHS Form 3090-1, **Individual Complaint of Employment Discrimination** with the Department of Homeland Security.

2. **AUTHORITY:** 42 USC 2000e; 29 USC 633a; 5 USC 1303 and 1304; 5 CFR 5.2 and 5.3; 29 CFR 1614.105 and 1614.107; and Executive Order 11478, as amended.

3. **PRINCIPAL PURPOSES:** The purpose of this complaint form, whether recorded initially on the form or taken from a letter from the Complainant, is to record the filing of a formal written complaint of employment discrimination with the Department of Homeland Security on the grounds of race, color, religion, sex, national origin, age, physical or mental disability, protected genetic information, or retaliation. Information provided on this form will be used by DHS to determine whether the complaint was timely filed and whether the allegations in the complaint are within the purview of 29 CFR Part 1614, to provide a factual basis for investigation of the complaint, and to reach a decision on the complaint. It also records an amendment or additional evidence to an open, pending complaint.

4. **ROUTINE USES:** Other disclosures may be:

    a. to respond to a request form from a Member of Congress regarding the status of the complaint or appeal;

    b. to respond to a court subpoena and/or to refer to a district court in connection with a civil suit;

    c. to disclose information to authorized officials or personnel to adjudicate a complaint or appeal; or

    d. to disclose information to another Federal agency or to a court or third party in litigation when the Government is party to a suit before the court.

5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY, AND EFFECT OF NOT PROVIDING INFORMATION:** Formal complaints of employment discrimination must be in writing, signed by the Complainant (or attorney representative), and must identify the parties and action or policy at issue. Failure to comply may result in the Department of Homeland Security dismissing the complaint. It is not mandatory that this form be used to provide the requested information.

# OMB STATEMENT

In accordance with the Paperwork Reduction Act, no persons are required to respond to a collection of information unless it displays a valid OMB Control Number. The valid OMB Control Number for this information collection is 1610-0001. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**Election Attachment - 1**

**11/10/21:  FEMA Office of Equal sends email ROI not complete (I informed about 4 times there was not an election form**

**Emails reporting issue to Office of Equal Rights, Office of Professional Responsibilities and Federal Sector**

**11/22/21 voiced concerns regarding Investigator said she was only investigating age.**

DHS-FEMA-00911-2021

 Gmail

N C <ninacoleman7771@gmail.com>

---

**Election Letter: Coleman, Nina HS-FEMA-00911-2021**
1 message

---

**Shead, Mack** <mack.shead@fema.dhs.gov>                                      Wed, Nov 10, 2021 at 12:55 PM
To: "ninacoleman7771@gmail.com" <ninacoleman7771@gmail.com>

Good afternoon Ms. Coleman,

Attached is the election letter indicating that your EEO investigation has ended.  You will find your options moving forward located within the body of the document.  Please note that you will have 30 calendar days to choose your option.  Should you not make a decision by the 30th day, your EEO case will be sent to DHS CRCL for a Final Agency Decision (FAD).  The attached document is PW protected, so please respond to this email with a request for the password.

Please let me know if you would have any further questions.

Regards,

**Mack Shead**

EEO Specialist – Office of Equal Rights

FEMA – U.S. Department of Homeland Security

(C) 202.803.1804

mack.shead@fema.dhs.gov

---

📄 **ColemanN-Election Letter.docx**
154K

**When I entered password below is the document and you could not click on the pdf; when I did it did not open.**



Election Letter -
Coleman, Nina HS-FE

DHS-FEMA-00911-2021



## HS-FEMA-00911-2021....Coleman Nina _ DHS Form 3090-1 - Applicant (DSA) Employment Discrimination.pdf.....send to CRCL for FAD

1 message

**N C** <ninacoleman7771@gmail.com>                                              Mon, Nov 22, 2021 at 1:29 PM
To: Shead, Mack <mack.shead@fema.dhs.gov>
Cc: Edwards, Kenneth <kenneth.edwards@fema.dhs.gov>, FEDERAL SECTOR EEO <federalsectoreeo@eeoc.gov>, CRCL EEO <crcl.eeo@hq.dhs.gov>, OFOEEOC <ofo.eeoc@eeoc.gov>

Hello again, I found my notice of right to file for HS-FEMA-00911-2021, and it is 180 days. Goodness times flies.

I was concerned with the EEO investigator because she kept saying she was only investigating age discrimination and I told her no it is age, race and retaliation as you see they are marked on 3090 form, somehow race was not but I am informing you all now, as OFO said I had to do. Case should be race, age and retaliation. They are cc:d foe visibility.

DSA Leadership had the person checking resumes mark me not qualified for the DSA Data Reports manager position which I held under DSA for 3 yrs but conducted daily reports since hired under DSA which was Community Relations when I joined from June 2007 thru Aug 31, 2013. It then became DSA in 2013 and I knew the new software and how to do reports so I was sent to the Joint Field Office to handle all DSA Reports for Branch Director Carmella Cooley. From that disaster on I was called out to handle large disasters as Reports Manager or Resource Manager. If I need to add performance evaluations I will. Performance Evals were added to application on USA JOBS which showed my skills and the Branch Directors I worked with. I also uploaded my SF50 which showed I was CORE for 1 yr and 11 months.

DSA made the Reports writing a specialty in 2016 and I was nominated by Branch Directors so it was placed in deployment tracking systems so I could officially be deployed in that position.

Dewberry said I didn't meet 1 yr specialized skills I don't see how I have over a yr but they hired 3 on the position, and none had IM CORE grade with 1 yr specialized skills.

Stefani Cortez does have DSA experience she was a reservist with DSA but reservist don't have Grades. I was informed at time of hiring she was woring for Customs or Immigration. Kayla Rahimi said she was a reservist and in IT. So what DSA reports writing skills did she have and Laura Knopik was a CORE for region 6 front office. She said she helped DSA before but many have when there is a need for large disasters.

My resume reflected reports manager, working SMARA reports and I held the title. I feel they said not qualified because they don't want me back even though they admitted they erred when terminated me Feb 13, 2017.I, saying I did not follow FEMAs travel policy and FEMA paid the voucher .

They didn't reverse all charges saying I didn't appeal in time. Charges went hand in hand so to not to reverse all charges and put me back to work was retaliation and to say I was not qualified for the position when I was, was also retaliation.

This case is retaliation, race and age. They hired 3 non African Americans all at least 2 under 50. If you need pictures I have them and I sent them to investigator.

Please lookout errors I am typing on mobile.

Please send to CRCL for FAD. When I tried opening election letter today it was blank.

 **Gmail**

N C <ninacoleman7771@gmail.com>

---

## Re: Election Letter: Coleman, Nina HS-FEMA-00911-2021
1 message

---

**N C** <ninacoleman7771@gmail.com>
To: "Shead, Mack" <mack.shead@fema.dhs.gov>

Mon, Nov 22, 2021 at 12:40 PM

Hello. When I click to open it is saying download disable. Could you resend and remove password word protection.

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

On Wed, Nov 10, 2021, 1:49 PM Shead, Mack <mack.shead@fema.dhs.gov> wrote:

Good afternoon Ms. Coleman,

Attached is the Report of Investigation and the election letter indicating that your EEO investigation has ended. You will find your options moving forward located within the body of the document. Please note that you will have 30 calendar days to choose your option. Should you not make a decision by the 30th day, your EEO case will be sent to DHS CRCL for a Final Agency Decision (FAD). The attached document is PW protected, so please respond to this email with a request for the password.

Please let me know if you would have any further questions.

Regards,

**Mack Shead**

EEO Specialist – Office of Equal Rights

FEMA – U.S. Department of Homeland Security

(C) 202.803.1804

mack.shead@fema.dhs.gov

# Note: I never received ROI.

 **Gmail**

N C <ninacoleman7771@gmail.com>

---

## Fwd: Election Letter: Coleman, Nina HS-FEMA-00911-2021
1 message

---

**N C <ninacoleman7771@gmail.com>**                                      Tue, Nov 30, 2021 at 4:48 PM
To: "Shead, Mack" <mack.shead@fema.dhs.gov>
Cc: "Moore, Denise" <denise.moore@hq.dhs.gov>, CRCL EEO <crcl.eeo@hq.dhs.gov>, FEMA-EqualRights <FEMA-
EqualRights@fema.dhs.gov>, "Johnson, Jo Linda" <jolinda.johnson@fema.dhs.gov>, OFOEEOC <ofo.eeoc@eeoc.gov>, FEDERAL
SECTOR EEO <federalsectoreeo@eeoc.gov>
Bcc: Cindi Shepherd <cindishep@yahoo.com>, FEMA-Misconduct <fema-misconduct@fema.dhs.gov>, N C
<ninacoleman7771@gmail.com>

Good evening.

Mr. Shead I have sent you and Mr. Edwards  at least 3 email informing you that the election letter you sent was blank.

However,  I informed you to send to CRCL for FAD but no one had responded.

The DHS Form 3090 is attached and the email I informed you to send to CRCL for FAD and my concern that investigated only
investigated age but I filed based on race, age and retaliation.

DSA hires 3 none African Americans for the SMARA Reports Manager position which are younger than I and less experienced. They
are Stephanie Cortez who may have started with DSA as reports person in 2016. She left and at time of being accepted for DSA
position I believe she had a job with Customs. So that job may have made her an CORE but she didn't have the IMC Grade.

Kayla Rahimi was a reservist and background IT, so reservists do no have Grades and don't know how many IT persons write disaster
field reports but she didn't have IMC Grade either.

Laura Knopik was a Regional CORE like me but she worked front office in Denton not on disasters she did say she helped FEMA DSA
cadre a few times but I was with DSA for 9 and 1/2 years so I do not think a few times beats out years and I wrote reports for years
and was a Crew Lead. They made SMARA position a specialty in Deployment Tracking System in 2016 and I received the position in
2016. I was told by DSA managers it was moved in 2018 when I became a CORE but I didn't become a CORE until 2019 and onboard
May 11, 2019 so I was GS7 almost 2 yrs. The application says specialized experience of 1 yr. So I  would have it as CORE just like
these 3 others.

I believe DSA didn't want me back because they wrongfully terminated me Feb 13, 2017 even after DSA Reservist Manager admitted
an error they still would not reverse all charges and get me back to work. They said they would reverse charge 2 not following FEMAs
travel policy but not charge 1 not completing travel from VA Beach, VA to Dallas, Texas in 24 hours because I didn't appeal in time but
I appealed to Human Capital like my former case manager Erik Skinner said and they accepted it and was having one of the charges
reversed but all should have been and I went back to work so I think Agency is retaliating by having Dewberry say I was not qualified
so I would not be referred to the hiring official for DSA she said she sat with an DSA manager while going through resumes and I sure
they told her mark mine not qualified knowing I was. So I feel they are still retaliating.

This case is based on race, age and retaliation.

The 3090 for case is attached  and email asking to send to CRCL for FAD.

Please respond with status of this complaint and since I haven't  heard from my case manager Mr. Edwards could someone confirm
he is ok and if he is still my case manager?

Thank you for your time.


Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

---

**2 attachments**

📄 **Gmail - HS-FEMA-00911-2021....Coleman Nina _ DHS Form 3090-1 - Applicant (DSA) Employment
Discrimination.pdf.....send to CRCL for FAD.pdf**
20K

📄 **Coleman Nina _ DHS Form 3090-1 - Applicant Employment Discrimination.pdf**
1535K

Since Agency never sent the election form that was not blank I am using a form I received earlier from Agency.

I would also like to note that Agency is now sending election forms without the option to file civil with US District Court. I thought by law in 180 days, if ROI is not complete you could request a hearing with EEOC, Civil US District Court or do nothing and Agency will send to CRCL for FAD.

See below an example of a previous election form I received. This case was also a mess due to EEO Investigator and I advised EEOC and CRCL that claims were incorrect and Agency did not speak with my witnesses.

DHS-FEMA-00911-2021

**U.S. Department of Homeland Security**
Washington, DC 20472

**FEMA**

July 12, 2021

TO:        Nina Coleman

RE:        Nina Coleman v. Alejandro N. Mayorkas, Secretary
           Department of Homeland Security (DHS)
           Case No: HS-FEMA-00373-2021

This Election Notice contains a deadline for your timely response. All time frames are computed from the time of your receipt of this correspondence, as set forth in Title 29 Code of Federal Regulations (C.F.R.) § 1614.605(d).

The Federal Emergency Management Agency (FEMA) has completed the investigation into the above-referenced formal complaint of discrimination. The investigative file, enclosed, is in a password-protected Portable Digital File (PDF) format. The password will be sent separately. Under the U.S. Equal Employment Opportunity Commission (EEOC) regulation 29 C.F.R. § 1614.108(f), you have **30 calendar days** from receipt of this Notice to elect one of three choices by checking the applicable box:

[x]    You may file a request for hearing before an EEOC Administrative Judge and submit relevant documents through the EEOC's Public Portal to the relevant District Office. To access the EEOC Public Portal, go to https://publicportal.eeoc.gov. To begin, click on the link that says "Filing with EEOC" and answer the questions. After you submit your request for a hearing, you can then use the Portal's "My Cases" feature to view hearing matters in one convenient location. You can also identify and manage your representative contact information in the Portal. Once registered by you, your representative can upload documentation on your behalf.[1]

[ ]    You can request that DHS's Office for Civil Rights and Civil Liberties (CRCL) issue a final agency decision (FAD) without a hearing based on the investigative file. If a hearing is not requested within 30 calendar days, CRCL with issue a FAD.

[ ]    You may withdraw your complaint because you no longer intend to pursue it and understand that it will be administratively closed by the FEMA's Office of Equal Rights
       (OER).    Election form was not sent to me on July 12, 2021. I did not receive until July 28, 2021 and my initial contact to FEMAs Equal Rights Office was Nov 6, 2020 and not Dec 8 in which CRCL said it was. There is a discrepancy here and should be addressed and FEMAs Office of Equal Rights have ignored it and will not inform me whom to report there office to for not following protocol and completing EEO Counseling in 30 days. They completed it in 2 months.

_____            07/31/21_____
*Complainant's or Attorney's Signature                Date

***NOTE:** Only Complainant or their attorney can sign the request for a hearing. Non-attorney representatives may **not** sign requests for a hearing. Hearing requests must be signed.*

You MUST send a copy of this request to FEMA via email to **FEMA-EqualRights@fema.dhs.gov**.

---

[1] In light of the President's Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak, the EEOC Office does not currently have ready access to U.S. Mail, so they ask that any written communications be provided to them via the EEOC Public Portal.

www.fema.gov

DHS-FEMA-00911-2021

 **Gmail**

N C <ninacoleman7771@gmail.com>

---

## Fwd: 7-31-21 Election Form
1 message

---

N C <ninacoleman7771@gmail.com>                                   Thu, Dec 9, 2021 at 8:43 PM
To: N C <ninacoleman7771@gmail.com>
Cc: FEDERAL SECTOR EEO <federalsectoreeo@eeoc.gov>, OFOEEOC <ofo.eeoc@eeoc.gov>

Do you know FEMAs Office of Equal Rights have removed the option to file civil from the election form?

They are something else when it comes to not following procedures and no one does anything about it.

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

---------- Forwarded message ----------
From: **NC Old-Soul** <ninacoleman7771@gmail.com>
Date: Sat, Jul 31, 2021, 2:34 PM
Subject: 7-31-21 Election Form
To: FEMA-EqualRights <FEMA-EqualRights@fema.dhs.gov>

Please be advised I did not receive Election Letter until 7/29.
Even though Mr. Kenneth Edwards said it was sent to me on July 12, I did not locate it in my inbox, spam nor trash and it was also strange on the email he sent to me to try to show it was sent on July 12 it included my FEMA email address now your office knew I was terminated so why send it to the FEMA email?

Any case I should be on time submitting.

I also notice it did not have the option to file with US District Court.

Why?

---

📄 **07-31-21 Coleman N_Election Letter.pdf**
415K

 **Gmail**

N C <ninacoleman7771@gmail.com>

## RE: Election Letter: Coleman, Nina HS-FEMA-00911-2021

1 message

**FEMA-Misconduct** <fema-misconduct@fema.dhs.gov>                                    Thu, Dec 2, 2021 at 10:27 AM
To: N C <ninacoleman7771@gmail.com>

Hello Ms. Coleman,

Thank you for contacting the Federal Emergency Management Agency (FEMA) Office of Professional Responsibility (OPR). OPR is in receipt of your response on December 1, 2021. The matter you submitted contains an allegation that Mr. Mack Shead and Mr. Kenneth Edwards' are not performing their duties within the scope of the Equal Employment Opportunity (EEO) Process. Based on the foregoing, your submission concerns an allegation of misconduct concerning the EEO process and OPR is unable to investigate.

OPR does not have purview over EEO processes and reporting. Therefore, OPR is unable to open an investigation against EEO investigators for their actions concerning the EEO process.

Questions and concerns regarding EEO processes and reporting should be directed to the FEMA Office of Equal Rights (OER) and/or the Department of Homeland Security – Office of Civil Rights and Civil Liberties. You can contact OER at FEMA-EqualRights@fema.dhs.gov or (202) 212-3535. Federal employees may also file a complaint with the U.S. Office of Special Counsel (OSC). OSC's primary mission is to safeguard the merit system by protecting federal employees and applicants from prohibited personnel practices, especially reprisal for whistleblowing. You can contact the OSC at info@osc.gov or (202) 804-7000 and (800) 872-9855.

Thank you for your submission, this matter is now closed with FEMA OPR.

Office of Professional Responsibility | FEMA | DHS | 833-TELLOPR | 833-835-5677

FEMA-Misconduct@fema.dhs.gov

 **FEMA**

Helping people before, during, and after disasters.

**From:** N C <ninacoleman7771@gmail.com>
**Sent:** Wednesday, December 1, 2021 4:59 PM
**To:** FEMA-Misconduct <fema-misconduct@fema.dhs.gov>
**Cc:** Johnson, Jo Linda <jolinda.johnson@fema.dhs.gov>; Office of the Administrator <officeoftheadministrator@fema.dhs.gov>; Hotline <Hotline@oig.dhs.gov>; FEDERAL SECTOR EEO <federalsectoreeo@eeoc.gov>
**Subject:** Re: Election Letter: Coleman, Nina HS-FEMA-00911-2021

DHS-FEMA-00911-2021

Thank you, I was reporting Mr. Mack Shead and Mr. Kenneth Edwards' conduct to you.

They work in Office of Equal Rights and they are not doing their jobs. I have included their director on emails; I guess Mrs. Johnson is still director but she does not respond.

Mr. Shead sent me a blank election form and I have emailed several times informing him it is blank and asked to resend or tell me the issue.

They are not following policy and procedures.

I thought your office handled misconduct.

My case HS-FEMA-00911-2021, has reached 180 days in which they have to complete ROI. The agency has not completed it so I am to receive the election form to complete and instruct them on if I want an EEOC Hearing, FAD or file with US District Court.

I have asked numerous of times to resend it viewable or tell me what is happening. They are, also not following EEOC laws. If there is an issue and they feel I don't need the election form they should say it.

Mr. Edwards is my case work and he also has not answered. What is a case managers duty? I thought to manage my cases and keep me abreast of the process.

It leaves me to believe they want me to go right to US District Court. Once there it is put of FEMAs Attorney's hands.

So who do I report these individuals to that are in Office of Equal Rights and not doing their jobs? Their Director will not respond.

Mr. Sheads also recently sent an EEO Counselor's report and it had incorrect individuals as cause of retaliation they put my former supervisor Allen Martin and Chief of Staff on disaster 4332 Robert Dyson as retaliating and I told Mr. Sheads and the EEO Counselor it was FEMAs Personnel Security that were retaliating. They sent ineligible letter with Personnel Security Lead over Contracts on it. I submitted this to Office of Equal Rights part of my FEMA DHS 3090 Right to File Form. That is another issue all together and probably why Investigators are so terrible they don't give them the 3090 which has discrimination I am filing, past EEO cases and the descriptions of the discrimination (15a-15e) The investigator the this case said she was only investigating on age. Why, when I stated race, age and discrimination.

So one needs to ensure Office of Equal Rights employees do a correct and honest job.

FEMA's Personnel Security denied me the Vanguard Disaster Housing Inspection position because of my 4/22/2021 wrongfully termination and said they don't have time to investigate termination.

Here is the issue. When a person puts on the OF306 Form that they were recently terminated and provide an explanation Personnel Security is supposed to do an Letter of Interrogatory by OPMs policy and FEMAs Personnel Security would not.

I feel they are retaliating because of recent termination (in which they said) and 2017 case against them in US District Court.

Vanguard sent an email saying FEMA was expediting badging and not checking backgrounds because inspectors were needed, so we did not have to complete EQip background either and also said they were not conducting background checks until after 120 days.

Therefore I should have been badged and allowed to work and they had 120 days to look into my 4/22/21 termination but did not. However, since they immediately said I was ineligible because of recent termination then they were to conduct LOI to see if termination would cause me to be unfit (not suitable).

The agency's Office of Equal Rights should stop using contractors and do the EEO Counseling and Investigations themselves; make themselves knowledgeable of protocol within FEMA and the cadres because the outsiders certainly do not know. I have to explain and explain and they still have information incorrect.

I have had 2 ROIs messed up because they were incomplete and inadequate and EEOC Judge didn't listen on one and US District Judge was about to throw one claim out on the other ROI for 2017 case about the Local Hire Customer Service positions that personnel security denied me entrance on duty, so on Nov 1, 2017 I received a letter the position was withdrawn. I will say, at least in 2017 Personnel Security followed protocol and completed an LOI but I filed an EEO complaint because it was in retaliation they didn't have a real reason to find me unfit when agency admitted they made an error and would reverse charge of not following FEMAs travel policy. I still do not know what policy I did not follow and how it was not followed when FEMA paid my travel voucher.

Yes, Dyson was behind having Allen terminate because of your 2 OPR ROIs, which had incorrect information on them per the charges I read.

However, Allen was part of both OPR ROIs so I didn't understand him wanting to meet with me about them. I felt conflict of interest and was not comfortable meeting with him because he threatened me before and lied on my quarter 4 performance evaluation. He gave me an option to meet on April 22, 2021, and when I opted out he said he understood and he then sent my email in which I asked who had him up to harassing me about OPR ROIs to Mr. Dyson; cc:ing me and then he sent an email demanding to meet with him and if I didn't; it was not following instructions.

Allen said he would call at 3pm for the meeting but he didn't, instead at 3:14 pm he sent the termination letter.

So he doesn't know if we would have met or not because he didn't call me. He also did not follow telework protocol. We signed the document and it said if we missed calls we had 15 minutes to call back. So even if I would have missed his call he had gun ready to fire and send termination and he would not have given me time to call back in 15 minutes.

To me there is a lot of misconduct here. People are not doing their jobs and not following procedures. If it was me being reported you all would be contacting me for interviews, emailing nondisclosure to sign without explanation.

When Allen gave an option to meet he said meeting was informal about 15-20 minutes. So this didn't sound like a termination.

I also don't understand why someone couldn't go over ROIs because Allen was part of both OPR ROIs, he gave a statement on my EEO case HS-FEMA-00373-2021 and he met with me on Dec 9, 2020 about Nov 6 call and said he was not taking action. I have audio. If he wasn't taking action then none of the charges from OPR ROIs with Geoffrey Brown should be on the termination. Audio below. Only those with link can listen. My system had issues so I didn't combine it, it is in 3 parts.

The agency also discriminated saying Teresa Morin told the truth about her screen. No she lied.

She said I didn't see her screen but I did and I sent text messages to Allen Martin and another friend in May of 2020 (way before Nov of 2020) about seeing her screen and text messages are in my appeal.

OPR did not have concrete evidence for agency to charge me with lack of candor because it was her word against mine. I felt they took her side because I am black and she is white. But I have evidence I saw her screen and told Allen her husband was black and joked saying FEMA was ghetto because you had others on MS Teams with babies crying, dogs barking, Teresa talking with her husband, etc.

I texted a friend and said I saw the screen and asked how did Gabby Castro (one of the favorites) who just arrived Nov of 2019 had her Position Task Book nearly completed. I also told Teresa no one just arriving should have their books completed before those who arrived before her. I had mine 76% completed July of 2019 and no one would sign off. I had to contact person over PTB (RIP) Bob Bennett and report the issue and finally Teresa in 2020 accepted my request and signed off my PTB. I worked with FEMA before so alot or tasks and courses were already completed. I had Crew Lead PTB opened so I was far advanced than some Ops Support Admin Specialist. I had more experience than Morin and Gabby who they had over us and Morin asked me to help her get her Ops Support Crew Lead PTB signed off and help Gabby and Marilyn. I told Teresa I would help her put when she emailed me with Jamie McAllister, Gabby Castro and Tyler Lynch, to help them with Planning Reports, I thought she was up to something so I replied that they are over us and they should be helping me. I sent emails these Mr. Brown so I don't know why he went with her lie and allowed the supervisors to use it as one of the termination charges.

I believe Jamie didn't like I was more experienced than the others so she was wanting me written up for everything.

On Nov 7, she emailed that she was revamping the PA Pilot Mentor Program to my experience and I would have to take Jan 2021 session. She never mentioned I disrupted on Nov 6 call, or she didn't like my behavior. Why is this? This should have been a red flag for everyone and those she she cc:d Derek Richardson and Robert Dyson on the email; never mentioning she felt I disrupted call or said something inappropriate but she waited 6 days to report it to OPR. You all accepted her report but I contacted you all on Nov 5th - 9th. You all said you sent the report to Human Capital.

Who do I contact about what you reported to Human Capital and was it investigated. I have a feeling they reached out to Jamie so she ran to report me to OPR  afterwards.

This is another reason I was not signing OPR nondisclosure I felt Jamie was retaliating and she was also reporting it because Tiffany and Allen wouldn't write me up. They weren't on Nov 6, call and said they did not have first hand knowledge.

As previously stated the agency did not have concrete evidence to say on my termination there was lack of candor on my part when Morin was the one that lied and her statement did not make sense.

She said I did not see her screen because we were teleworking. Hm... What? That is why I saw her screen we were teleworking she Skyped me and asked me to turn on my video she wanted to see me. That's how I saw her husband walking around and he needed the work area she was in. She asked where he had been. This is when I texted Allen jokingly, as previously mentioned, Teresa has a black man. She may not know I saw her screen but she was scrolling down to close my PTB out and I saw everyone's percentage. Gabby's stuck out because she arrived after me, Felitia Dozier, Marilyn Antwine, Angela Agalby and Cheryl Kirkpatrick and was almost complete. So that is why I texted someone that knew about the unfairness and mentioned seeing Teresa's screen and stated how Gabby was so far completed; this was in May of 2020. Either way like I told Geoffrey I never mentioned percentages on Nov 6 call. So I didn't know why he was asking this question, especially if he said I was reported for saying something inappropriate of Nov 6 call.

This is probably why the OPR ROI charges on termination were incorrect (*also I never saw OPRs ROI or had chance to rebuttal this is not following policy*) so ROI was probably messed up because Mr. Geoffrey Brown was not honest when interviewing and he first sent the nondisclosure forms by email and just said sign.

I didn't know what they were about. The next day I told him I was not signing I didn't know what I was signing.  He then said someone reported you for saying something inappropriate on the Nov 6 call, he wouldn't say who or what I said. He did say they reported me a few days after the call. Interesting.  I asked why OPR didn't take my complaint on same call he said he didn't know and to call the office and person I spoke with was just as lost. You will hear me in video discussing where was my OPR complaint.

I feel OPR took white supervisor Jamie McAllister's report on Nov 6, 2020 call was discrimination you all didn't take me the black female employees report of misconduct and I contacted you all before Jamie. Agency discrimination.

I did not sign nondisclosure forms because like I told Brown I had already filed the complaint with OPR, Office of Equal Rights, OSC and OIG. If I don't sign that means I don't agree and I will disclose if I feel retaliation. It is against law to terminate someone for disclosing discrimination and fraud.

So when I told Mr. Brown I filed with OER, just like you emailed below the matter is with OER and he should have allowed OER to investigate but he didn't.

I also reported to OPR that Mr. Brown threatened if I didn't sign nondisclosure that the Agency would take action. The Administrative Investigation Manual states OPR could not recommend terminations. So what action was he going to have Agency take?

Did you all investigate my report on Mr. Brown?

I reported trainers and Jamie McAllister's misconduct to you all on about that Nov 6 call and you all told me it was a Human Capital matter but you took McAllister's made up complaint on me. I said nothing inappropriate on call they said call was a kickoff and they said to give suggestions and feedback. They just didn't like my suggestions and I said nothing about position task book percentages on call but Mr. Brown asked about percentages in interview. He wasn't conducting an honest interview.

So he was not honest and upfront about investigation he said I was reported for saying something inappropriate on the calls and I said nothing about percentages on the call. When I asked  him during interview when was I reported he said he didn't know he didn't  have information in front of him but your Administrative Investigation 123-19-1  policy says investigators must be upfront, honest and prepared at interviews. So, if he didn't have that information in front of him he wasn't  prepared.  The manual also stated he was supposed to read over the nondisclosure documents before interview.  So just sending them to me via email and saying I need them sign in not protocol.  When we had interview I still told him I didn't understand documents, to sign something I don't know what it is about and it was not fair because I already reported issue to your office, OSC, OIG and Office of Equal Rights.

The case number for Nov 6, 2020 call; when I was the one interrupted and talked over by Flo Alexandre and her yelling about what course is about and why I am taking it and Jamie allowed the verbal attack, and, as well, Jamie McAllister called me a Guinea Pig for her Pilot Course it was me and the other African American OPs Support Specialist Felitia Dozier, the case number is HS-FEMA-00373-2021 currently with CRCL for FAD. I told Mr. Brown we had a case so he should have let OER handle issue.

Then Mr. Dyson reported my supervisor Allen Martin to OPR saying he violated manager's workplace violation and Mrs. Leslie Thomas said I was witness and victim but I did not know what I was witness and victim to but OPRs incomplete and inadequate ROIs allowed me to be victimized by Allen and Dyson and they terminated me because of OPR  saying I disclosed sensitive information to Mr. Martin and Mr. Dyson.

It did not make sense, I told Dyson that something was not right with Allen to lie on performance evaluation that we had a good working relationships.  He knew about my cases because we talks, so he had to know I was not gong to stand for him lying on my performance evaluation write up, Dyson took my examples of a good working relationship before he was my supervisor and retaliated, ran and changed the story around and reported it to OPR.  Now when we talked I said so not report it because for me it was nothing to report. He said he had to it was brought to his attention.

 I am confused so me the victim and alleged witness (OPR and Dyson forced me to be a witness I didn't know what Allen violated.), didn't have a say or could not know what I was witness to. I didn't sign or edit declaration acknowledgement because I asked Mrs. Thomas what Allen had violated and she would not tell me.

Mr. Dyson said he didn't think Allen violated anything so I didn't understand why he was wasting time and resources with reporting it. Allen had some mismanagement issues, lying on my quarter 4 review and saying he would report me for threatening and bullying him because I told him I filed  a grievance on him for the untrue/unfavorable performance evaluations but there was not any sexual harassment from him and I was not going to lie to get him in trouble.

DHS-FEMA-00911-2021

Allen was made my supervisor but was not qualified to be, his title was Task Force Lead not Group Supervisor and the Group Supervisor was Tiffany Martin. So I believe he was forced to do some of the things he did and didn't know all protocol and policies.

It doesn't make sense to terminate for one of the charges: that I disclosed OPR interview information to Allen and Dyson when Allen wanted to go over OPR's ROIs with me. So he would know anyway about report but he already knew before OPR interviews and ROI. He told me to tell him whenever I had EEO and OPR meetings and I did. I had already filed a complaint against him and Mr. Dyson and it went formal March 16, 2021 it is case HS-FEMA-0723-2021 and the termination was amended to it.

Mrs. Leslie Thomas also, just emailed nondisclosure documents and said sign. I asked her to send me the policy that I had to sign them and she said I didn't have to sign and apologized if it came off that way. So I don't understand how I am terminated for not participating in OPR Investigations. She told me I did not have to sign; if I do not sign I can disclose what I want and OPR had an ROI, how if I didn't participate. FEMA has to stop allowing supervisors to do whatever.

I interviewed with Leslie Thomas and she was insinuating there was some sexual harassment from Allen Martin and I told her I didn't like where she was insinuating. Your Administrative investigation 123-19-1 Manual states if doing interview a person is uncomfortable to stop and she did not.

Also Mr. Dyson lied or Mrs. Thomas lied but she said Allen Martin had me running his personal errands and we talked about getting hotel rooms to cut cost.

Allen never had me running personal errands and when we discussed rentals and extended stays he was not my supervisor. Allen Martin became my supervisor in March of 2020. I don't remember exact date because he walked up to me and said PA Group Supervisor Alfred Rick Malbrough put him over me but said he couldn't make decisions without going through him and I felt Rick did this because he was part of my EEO case that went formal Feb of 2020.

We then started teleworking we were released to go home March 17, 2020. So when would he have me running errands and why would we need places to cut cost. He lived in Louisiana and I in Texas.

So yes I asked Mr. Dyson why he lied and I informed Mr. Martin of the lies because it is a serious matter to be accused of sexual harassment and I was not going to lie and get Mr. Martin in trouble even though later he used this OPR interview to terminate saying I disclosed sensitive information to him. When I texted and asked did he know what he violated he texted back "no" if he felt me asking and discussing it was wrong then he should have said don't ask me about the case sorry I can't answer but he didn't say this, he answered. So at time he didn't have issue with me disclosing Mr. Dyson fraudulent report to OPR.

It was lie after lie, Dyson said he didn't report Mr. Martin on my behalf but on Texas Recovery Office Leadership behalf. Mrs. Thomas said he did.

I figure you all don't want us to disclose information because supervisors are reporting lies.

I guess I don't have rights as victim and witness; not know what I am a witness to, don't know I am a victim when I told Mr. Dyson not to report Mr. Martin. I did not understand him reporting Mr. Martin but when I asked 3 times to be removed from under Mr. Martin he would not do it. So why report him for violating manager's workplace violation, if he felt it was safe to work under him. When Allen threatened me he told me he talked to Allen and told him to always be professional and he said Allen was not upset with me for us to work together. So why didn't Mr. Dyson report Mr. Martin threatening to report. EEO said he could not file a complaint on insubordinates but Mr. Dyson could have reported it to OPR like he did the violating manager's workplace violation.

I believe Mr. Dyson reported Mr. Martin in retaliation because Mr. Martin felt that TRO Leadership wanting him to write me up for performance issues in Nov after Nov 6 call was a mess. He texted me it was a mess and said we are not letting it go down like that; "we" was him and Tiffany Martin.

Tiffany told me Jamie wrote an email and forged a form I think she said Form 71 and wanted them to give it to me. She said they didn't want their names on it and email was belittling. She said they visited Region 6 Employee Relations Michael Cole and informed him they did not report me,  He said Jamie came to him as if Allen was reporting me, so he gave her the form.  I felt Jamie's fraudulent behavior should have been reported.  Tiffany also, said I should know who reported me and she told me Mr. Cole agreed  but she didn't say directly just that she felt Jamie was in her feelings and had others come together to report me, so I figured it was Angela and trainers. Good thing on EEO case Penny told the truth indirectly that Flo and I had words so it shows Flo is not innocent, however, we did not have words, I was talking and Flo started speaking over me, she would not allow me to finish my sentences or thoughts, she would not speak and lied and said I was rude to Jamie and Jamie was not even speaking.  I had called Jamie's name 3 times to get Flo to stop talking. Jamie finally said ok, ok and I asked to speak with her after the call but she did not call me.  So I reported incident to OPR and OER right after the call.  Jamie emailed Nov 7 about revamping the course to my experience.  If course is setup to gain skillset why are you revamping it to my experience.  Also, revamping to my experience showed I had more skills so what is wrong with me saying those who did not have PDMG experience should take the PA Pilot Mentor Program first and use it to get their PTBs signed off. What they were doing was sitting with others and Teresa just sign off but they had not actually worked the task.

So my termination has a lot happening because OPR reps did not do a good job and were not honest during investigations but the case I am speaking about number in subject line had nothing to do with Dyson and Martin terminating me but Personnel Security retaliating.

So I was reporting Mr. Shead and Mr. Edwards misconduct of not doing their jobs and sending me the election form for this case and not ensuring that my other case has a correct EEO Counseling Report so investigator could have correct information for investigating and I do not have to try to correct it all later down the road.

If OPR is not who I report these individuals not doing their jobs then wh

o do i report it to?

Please advise.

Dec 9, 2020 Part I meeting with Allen Martin and Tiffany Martin:  https://youtu.be/i8oWyWayyi8

Dec 9, 2020 Part II meeting with Allen Martin and Tiffany Martin: https://youtu.be/IaJ7cyXnvpo

Dec 9, 2020 Part III meeting with Allen Martin and Tiffany Martin: https://youtu.be/kW-vtvDcGIM

Feb 4, 2021 Interview with OPR Leslie Thomas:  https://youtu.be/WGvTtsgIUgo

Jan 4, 2021 Interview with OPR Geoffrey Brown, Part I:  https://youtu.be/CePwQjqLqdc

Part II:  https://youtu.be/e7CQdjnVm_g

Someone should hold dishonest investigators and supervisors accountable.

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

On Wed, Dec 1, 2021, 8:49 AM FEMA-Misconduct <fema-misconduct@fema.dhs.gov> wrote:

Hello Ms. Coleman,

Thank you for contracting the FEMA Office of Professional Responsibility (OPR). After a review of your submission to OPR on November 30, 2021, the matter you submitted concerns the Equal Employment Opportunity (EEO) process and OPR is unable to investigate. OPR is not the appropriate office to report this information to as OPR does not have purview over EEO processes and reporting. Questions regarding EEO processes and reporting should be directed to the FEMA Office of Equal Rights (OER) and/or the Department of Homeland Security – Office of Civil Rights and Civil Liberties. You can contact OER at FEMA-EqualRights@fema.dhs.gov or (202) 212-3535. Federal employees may also file a complaint with the U.S. Office of Special Counsel (OSC). OSC's primary mission is to safeguard the merit system by protecting federal employees and applicants from prohibited personnel practices, especially reprisal for whistleblowing. You can contact the OSC at info@osc.gov or (202) 804-7000 and (800) 872-9855.

Thank you for contacting FEMA OPR.

Office of Professional Responsibility | FEMA | DHS | 833-TELLOPR | 833-835-5677

FEMA-Misconduct@fema.dhs.gov

Helping people before, during, and after disasters.

---

**From:** N C <ninacoleman7771@gmail.com>
**Sent:** Tuesday, November 30, 2021 5:49 PM
**To:** Shead, Mack <mack.shead@fema.dhs.gov>
**Cc:** Moore, Denise <Denise.Moore@HQ.DHS.GOV>; CRCL EEO <CRCL.EEO@HQ.DHS.GOV>; FEMA-EqualRights <FEMA-EqualRights@fema.dhs.gov>; Johnson, Jo Linda <jolinda.johnson@fema.dhs.gov>; OFOEEOC <ofo.eeoc@eeoc.gov>; FEDERAL SECTOR EEO <federalsectoreeo@eeoc.gov>
**Subject:** Fwd: Election Letter: Coleman, Nina HS-FEMA-00911-2021

Good evening.

Mr. Shead I have sent you and Mr. Edwards at least 3 email informing you that the election letter you sent was blank.

However, I informed you to send to CRCL for FAD but no one had responded.

The DHS Form 3090 is attached and the email I informed you to send to CRCL for FAD and my concern that investigated only investigated age but I filed based on race, age and retaliation.

DSA hires 3 none African Americans for the SMARA Reports Manager position which are younger than I and less experienced. They are Stephanie Cortez who may have started with DSA as reports person in 2016. She left and at time of being accepted for DSA position I believe she had a job with Customs. So that job may have made her an CORE but she didn't have the IMC Grade.

Kayla Rahimi was a reservist and background IT, so reservists do no have Grades and don't know how many IT persons write disaster field reports but she didn't have IMC Grade either.

Laura Knopik a Regional CORE like me but she worked front office in Denton not on disasters she did say she helped FEMA DSA cadre a few times but I was with DSA for 9 and 1/2 years so I do not think a few times beats out years and I wrote reports for years and was a Crew Lead. They made SMARA position a specialty in Deployment Tracking System in 2016 and I received the position in 2016. I was told by DSA managers it was moved in 2018 when I became a CORE but I didn't become a CORE until 2019 and onboard May 11, 2019 so I was GS7 almost 2 yrs. The application says specialized experience of 1 yr. So I would have it as CORE just like these 3 others.

I believe DSA didn't want me back because they wrongfully terminated me Feb 13, 2017 even after DSA Reservist Manager admitted an error they still would not reverse all charges and get me back to work. They said they would reverse charge 2 not following FEMAs travel policy but not charge 1 not completing travel from VA Beach, VA to Dallas, Texas in 24 hours because I didn't appeal in time but I appealed to Human Capital like my former case manager Erik Skinner said and they accepted it and was having one of the charges reversed but all should have been and I went back to work so I think Agency is retaliating by having Dewberry say I was not qualified so I would not be referred to the hiring official for DSA she said she sat with an DSA manager while going through resumes and I sure they told her mark mine not qualified knowing I was. So I feel they are still retaliating.

This case is based on race, age and retaliation.

The 3090 for case is attached and email asking to send to CRCL for FAD.

Please respond with status of this complaint and since I haven't heard from my case manager Mr. Edwards could someone confirm he is ok and if he is still my case manager?

Thank you for your time.

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

DHS-FEMA-00911-2021

**Election Attachment - 2**

**Dewberry Affidavit**

**Affidavit of Subject Matter Expert Chanelle Dewberry**

I,      __Chanelle Dewberry__      __ am an __X__ employee of _____ applicant to _____ former employee of Federal Emergency Management Agency:

(Office)_____Federal_____Emergency_____Management Agency

(Division)_____Department_____of_____Homeland Security

(Branch)                                                         __Human Resources

Located                        in                        Washington, DC

In            the            capacity            of            HR Specialist

Grade   __GS-12_____   between   (date)   _   __2019__   ____   and (date)__present_____

My   telephone   number   during   working   hours   is   (202)   304- 5023

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against Department of Homeland Security, Federal Emergency Management Agency. I must provide a statement for the investigative report which is true and complete to the best of her knowledge and which discloses all of her firsthand knowledge having a bearing on the merits of the complaint. The statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Federal Emergency Management Agency. The Complainant and the appropriate departmental officials involved in the EEO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

Having been advised of the above information about my role as a participant in the investigative process, I solemnly swear __X__ affirm __X__ the statement which follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raise with me by the investigator.

1. **What is your name, position title, series, and grade?**

   answer: Chanelle Dewberry, HR Specialist, GS-12.

DHS-FEMA-00911-2021

**2. How long have you worked for the Federal Emergency Management Agency?**

answer: Over 2 years.

**3. How long have you held your current position of HR Specialist?**

answer: Over 2 years.

**4. Who are your current first and second-line supervisors, with titles?**

answer: My first-line supervisor is Mayowa Pamphille, HR Supervisor and my second Christopher Brown, HR Supervisor.

**5. Who were your first and second-line supervisors, with titles, during the alleged discrimination period of March 2021?**

answer: My first-line supervisor is Mayowa Pamphille, HR Supervisor and my second Christopher Brown, HR Supervisor.

**6. How do you know Complainant, Nina Coleman?**

answer: I do not know Ms. Coleman.

**7. What is your age?**

answer: DOB: June 1993.

**8. Were you aware of Complainant's age?**

answer: No.

**9. When and how did you become aware of Complainant's age?**

answer: I am not aware of Ms. Coleman's age.

**10. Have you participated in prior EEO activity as a Complainant, Responsible Management Official or witness?  If yes, please explain.**

answer: No.

**11. Have you been named by Complainant as a Responsible Management Official or witness, in a prior EEO complaint she filed? (yes or no)**

answer: No, only this complaint.

**12. Did you know the Complainant had prior EEO activity?**

answer: No.

**13. When and how did you become aware of Complainant's prior EEO activity?**

answer: I am not aware of Ms. Coleman's prior EEO activity.

**14.** Did you subject Complainant to discrimination on the bases of age and reprisal?

answer: No.

**The following incidents have been accepted for investigation.**

**Whether Complainant was discriminated against based on age (1971) and reprisal (Prior EEO Activity- HS-FEMA-01026-2013; HS-FEMA-27306-2016; HS-FEMA-02350-2017; HS-FEMA-01569-2018; HSFEMA-01979-2018; HS-FEMA-00178-2019, HS-FEMA-02327-2019; HS-FEMA-00441-2020; HS-FEMA-00995-2020; HS-FEMA-00373-2021) when on March 24, 2021, Aggrieved became aware that she had not been selected for the position of Emergency Management Specialist (Recovery), IT-0089-02, advertised under vacancy announcement #FEMA-21-CTD-424169-IMCORE.**

**15.** Complainant alleges that on November 9, 2020, she became aware she was non selected for the position of Emergency Management Specialist (Recovery) position, vacancy announcement FEMA-21-CTD-424169-IMCORE. Define your role and association with the selection of candidates for the Emergency Management Specialist (Recovery) position, vacancy announcement FEMA-21-CTD-424169-IMCORE?

answer: I was the Human Resources Specialist in charge of processing this vacancy announcement.

**16.** How many candidates made the certification list?

answer: There were 112 applicants who applied for the position and 54 were deemed qualified.

**17.** Did the Complainant make the certificate list?

answer: No, as Ms. Coleman was deemed not qualified.

**18.** Do you have documentation to uphold why the Complainant did not make the certification list?

answer: Yes, based upon Ms. Coleman's resume and application, she did not meet the specialized experience listed in the vacancy announcement.

**19.** Can you please describe the process of how individuals were chosen to be interviewed?

answer: The process is to sit with the program office to go over the position description. Also statements from the PD are taken and specialized experienced created for the vacancy announcement. Once I receive this information for the vacancy announcement and receive the resumes from interested candidates, I review the resumes to see if the applicant possess the specialized experienced listed in the vacancy announcement. For this particular vacancy announcement, I reviewed all 112 applicants' resumes to determine which candidates were deemed qualified. Of the 112, there were 54 applicants deemed qualified who made the certificate list.

**20.** Was the Complainant interviewed?

answer: No, as Ms. Coleman was not deemed qualified for the position; therefore she did not make the certification list or referred.

DHS-FEMA-00911-2021

21. **Who was the selecting official for the Emergency Management Specialist (Recovery) position, vacancy announcement FEMA-21-CTD-424169-IMCORE?**

answer: I am not sure as I was only HR specialist who processed the applications and provided the certification list.

22. **Who was selected for the Emergency Management Specialist(Recovery) position, vacancy announcement FEMA-21-CTD-424169-IMCORE?**

answer: Based on the information provided from the program office, Stephanie Cortex was selected for the position.

23. **Are you aware whether or not the Complainant was notified that she was not selected for the Emergency Management Specialist (Recovery) position, vacancy announcement FEMA-21-CTD-424169-IMCORE?  (Please explain)**

answer: Yes, I notified Ms. Coleman on March 24, 2021 and there was also an automated email sent to her regarding her non-selection.

24. **Did the Complainant speak with your regarding her non-selection?**

answer: Yes, Ms. Coleman and I spoke regarding her not being qualified and referred.

25. **If so when?**

answer: On February 2, 2021 and February 3, 2021 via email. On February 27, 2021, I told Ms. Coleman that she would receive an email update on her status.  She told me at that time that this position was her old job and she felt she would be a great candidate.  On March 24, 2021 an email went to Ms. Coleman informing her she did not qualified for the position.  As we are not allowed to respond give specifics of why a candidate is not qualified, I explained to Ms. Coleman that based her resume, she did not meet the specialized experience listed in the vacancy announcement.  She did not respond to my message.

26. **Was age and reprisal factors in Complainant's non-selection for the Emergency Management Specialist (Recovery) position, vacancy announcement FEMA-21-CTD-424169-IMCORE?**

answer: No.

27. **Was the selection process fair and consistent with the Agency's policy and procedure?**

answer: Yes.

28. **Was Complainant treated fairly and consistently within the agency's policies and guidelines?**

answer: Yes.

29. **Is there anything else you would care to add?**

answer: No.

DHS-FEMA-00911-2021

I have read the above statement consisting of __5__ pages. It is true and complete to the best of my knowledge and belief. I made all the necessary corrections and additions, initialing next to each. I have also signed and initialed each page. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties. In accordance with 28 U.S.C. Section 1746, I declared under penalties of perjury that the above statements are true and correct to the best of knowledge, information and belief.

_____

**Signature**

_October 21, 2021_

**Date**

Initials ☐☐    2

DHS-FEMA-00911-2021

**Election Attachment - 3**

**EEO Investigator said because Agency did not acknowledge race that she was not.**

**I thought Agency was supposed to investigate all my claims, I am the one that felt the discrimination: age, race/color and retaliation.**

**They did not so how do they decide what to accept.**

**Also on 10/25/21 CRCL emailed by concerns that the Agency were not conducting investigations on all my claims was sent back to them.  I am sure they will still do it but by omitting things and only investigating what they want has my ROI incomplete and incorrect and it causes me to have claims withdrawn if US District Court does not see it in the ROI or such as recently I kept telling Judge Rung with EEOC that the ROI was incomplete and incorrect but he still decided in Agency's favor.**

DHS-FEMA-00911-2021

 **Gmail**

N C <ninacoleman7771@gmail.com>

---

**RE: FW: Affidavit**

1 message

---

**Reed, Consuelo (CTR)** <consuelo.reed@associates.fema.dhs.gov>                                        Sun, Oct 24, 2021 at 10:53 AM
To: N C <ninacoleman7771@gmail.com>

Good afternoon Ms. Coleman,

I understand that your 3090 may have had race marked, the acceptance letter does not. I must conduct my investigation from the acceptance letter. I have attached a copy of the acceptance letter for your records so you will see that "race" is not listed as a basis.

On page one of the acceptance letter, the last paragraph begins, "If you believe that the above accepted allegations in the complaint have not been correctly identified, please provide me written clarification within five calendar days after your receipt of this letter, specifying why you believe the allegations have not been correctly identified. This concern should have been brought up with the EEO case manager when you received and read the acceptance letter. However, as I stated in our interview, I will note my investigation your concern that "race" was not included in the basis.

**From:** N C <ninacoleman7771@gmail.com>
**Sent:** Saturday, October 23, 2021 2:57 PM
**To:** Reed, Consuelo (CTR) <consuelo.reed@associates.fema.dhs.gov>
**Subject:** Re: FW: Affidavit

Good afternoon. Here is my affidavit. I looked at my 3090 and it did have race marked I thought you said it did not.

Please make sure we have case numbers correct. I do not know why agency did not give you the 3090 it had most of your answers.

On Sat, Oct 16, 2021 at 1:41 PM Reed, Consuelo (CTR) <consuelo.reed@associates.fema.dhs.gov> wrote:

> My apologies,
>
> The password is OERfy22Q1.
>
> **From:** N C <ninacoleman7771@gmail.com>
> **Sent:** Saturday, October 16, 2021 12:48 PM
> **To:** Reed, Consuelo (CTR) <consuelo.reed@associates.fema.dhs.gov>
> **Subject:** Re: FW: Affidavit
>
> What is the password?
>
> On Tue, Oct 12, 2021 at 11:52 AM Reed, Consuelo (CTR) <consuelo.reed@associates.fema.dhs.gov> wrote:
>
> > Good evening Ms. Coleman,
> >
> > My apologies for the lateness of the affidavit. Had a very busy week. However, thank you for speaking with me regarding your complaint with FEMA. Please find attached your affidavit for review, correction, and signature. Make sure to read the affidavit in

its entirety to ensure that I captured your responses the way you intended. You are authorized to make any and all necessary changes to the answers (including adding additional information). There is no need to track your changes, just make the necessary corrections. Also, I need for you to answer question #10, 11, 12, and 14. Once you are satisfied with how the affidavit reads, please initial the bottom left-hand corner, ink sign the last page, and send it back to me as soon as possible or no later than Monday, October 18, 2021. Thank you and enjoy your week. Password to follow.

Electronic signatures are acceptable if you do not have the ability to print and ink sign the affidavit.

Best Regards,

Consuelo D. Reed

Contract EEO Investigator

Bethlehem, Georgia

(470) 258-0664

---

**N.Coleman Letter of Acceptance 00911-2021.pdf**
1185K

 **Gmail**

N C <ninacoleman7771@gmail.com>

## RE: FW: Affidavit
1 message

**CRCL EEO** <CRCL.EEO@hq.dhs.gov>
To: N C <ninacoleman7771@gmail.com>

Mon, Oct 25, 2021 at 4:42 PM

Good Afternoon,

Your email was forwarded to FEMA EEO for review and appropriate response.

DHS CRCL EEOD

**From:** N C <ninacoleman7771@gmail.com>
**Sent:** Monday, October 25, 2021 6:20 AM
**To:** Reed, Consuelo (CTR) <consuelo.reed@associates.fema.dhs.gov>
**Cc:** FEDERAL SECTOR EEO <federalsectoreeo@eeoc.gov>; OFOEEOC <ofo.eeoc@eeoc.gov>; CRCL EEO
<CRCL.EEO@HQ.DHS.GOV>
**Subject:** Re: FW: Affidavit

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust
> the sender. Contact your component SOC with questions or concerns.

Thank you.

OFO, CRCL and Federal Sector if I file a complaint based on race, age and retaliation shouldn't it be part of my case?

This is the issue I am having the ROIs are complete then the judges decide in favor of the agency.

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

On Sun, Oct 24, 2021, 10:53 AM Reed, Consuelo (CTR) <consuelo.reed@associates.fema.dhs.gov> wrote:

> Good afternoon Ms. Coleman,

> I understand that your 3090 may have had race marked, the acceptance letter does not.  I must conduct my investigation from the
> acceptance letter.  I have attached a copy of the acceptance letter for your records so you will see that "race" is not listed as a
> basis.

> On page one of the acceptance letter, the last paragraph begins, "If you believe that the above accepted allegations in the
> complaint have not been correctly identified, please provide me written clarification within five calendar days after your receipt of
> this letter, specifying why you believe the allegations have not been correctly identified.  This concern should have been brought up

with the EEO case manager when you received and read the acceptance letter. However, as I stated in our interview, I will note my investigation your concern that "race" was not included in the basis.

**From:** N C <ninacoleman7771@gmail.com>
**Sent:** Saturday, October 23, 2021 2:57 PM
**To:** Reed, Consuelo (CTR) <consuelo.reed@associates.fema.dhs.gov>
**Subject:** Re: FW: Affidavit

Good afternoon. Here is my affidavit. I looked at my 3090 and it did have race marked I thought you said it did not.

Please make sure we have case numbers correct. I do not know why agency did not give you the 3090 it had most of your answers.

On Sat, Oct 16, 2021 at 1:41 PM Reed, Consuelo (CTR) <consuelo.reed@associates.fema.dhs.gov> wrote:

My apologies,

The password is OERfy22Q1.

**From:** N C <ninacoleman7771@gmail.com>
**Sent:** Saturday, October 16, 2021 12:48 PM
**To:** Reed, Consuelo (CTR) <consuelo.reed@associates.fema.dhs.gov>
**Subject:** Re: FW: Affidavit

What is the password?

On Tue, Oct 12, 2021 at 11:52 AM Reed, Consuelo (CTR) <consuelo.reed@associates.fema.dhs.gov> wrote:

Good evening Ms. Coleman,

My apologies for the lateness of the affidavit. Had a very busy week. However, thank you for speaking with me regarding your complaint with FEMA. Please find attached your affidavit for review, correction, and signature. Make sure to read the affidavit in its entirety to ensure that I captured your responses the way you intended. You are authorized to make any and all necessary changes to the answers (including adding additional information). There is no need to track your changes, just make the necessary corrections. Also, I need for you to answer question #10, 11, 12, and 14. Once you are satisfied with how the affidavit reads, please initial the bottom left-hand corner, ink sign the last page, and send it back to me as soon as possible or no later than Monday, October 18, 2021. Thank you and enjoy your week. Password to follow.

Electronic signatures are acceptable if you do not have the ability to print and ink sign the affidavit.

Best Regards,

Consuelo D. Reed

Contract EEO Investigator

Bethlehem, Georgia

(470) 258-0664

**Election Attachment - 4**

**DSA Application from USAjobs.gov**

**At end of Application it will ask your race, it also ask you to explain where you receive your experience.**

**The application also asks for the SF50 and it has date of birth.**

**I also uploaded performance evaluations, the Application requires it, you will see them attached after Application.**

DHS-FEMA-00911-2021

## 1. Vacancy Information

**Vacancy Announcement:** FEMA-21-CTD-424169-IMCORE
**Position Title:** Emergency Management Specialist (Recovery)
**Series:** 0089
**Grade:** 02
**Location(s):** Location Negotiable After Selection, US
**Veterans' Preference:** NOT A VET

DHS-FEMA-00911-2021

## 2. Personal Information

**Name:** NINA COLEMAN
**Email:** ninacoleman7771@gmail.com
**Telephone 1:** Mobile - 2145635395
**Telephone 2:** Day Phone - 2145635395

## 3. Eligibility Questions

1.Are you a preference eligible OR a veteran who was separated from the armed forces after 3 or more years of continuous active service under honorable conditions (veterans released shortly before completing a 3 year tour are also considered eligible)?

Answer: No
2.If you are a male at least 18 years of age, born after December 31, 1959, have you registered with the Selective Service System (select "Not Applicable" if this question does not apply to you)?

Answer: Not Applicable
3.Are you a current Federal employee?

Answer: Yes
4.Are you a current Federal employee serving under a Veterans' Recruitment Appointment (VRA)?

Answer: No
5.If you are a current Federal employee, by what agency and organization are you employed?

Answer: DHS - FEMA (Federal Emergency Management Agency)
6.If you selected "Other", please enter the agency and organization.

Answer: NA
7.If you are a current Federal employee, what is your duty station? [City, State]

Answer: Houston, TX
8.If you are a Federal employee, under what type of appointment are you currently serving?

Answer: Term (Time-Limited Appointment - more than one year, not more than 4 years)
9.Are you a current or former Federal employee with reinstatement eligibility?

Answer: Not Applicable
10.If you are, or ever were a Federal civilian employee, indicate the pay plan of the highest graded position you have ever held.

Answer: GS
11.If you are, or ever were a Federal civilian employee, indicate the grade level or pay band of the highest graded position you have ever held.

Answer: 07
12.May we contact your current supervisor for a reference?

Answer: Please contact me first
13.Are you a retiree receiving a Federal annuity, either military or civilian?

Answer: No
(Note: If you are an annuitant, your salary or annuity may be reduced upon employment.)

14.Have you accepted a buyout from a Federal agency within the past 5 years?

Answer: No
  15.Are you eligible for an excepted appointment under the <u>Federal Employment Program for Persons with Disabilities</u>?

Answer: No
  16.Are you eligible for noncompetitive appointment under a <u>Special Appointing Authority</u> (this includes employees covered by an Interchange Agreement)?

Answer: No
  17.<u>Displaced/surplus</u> employee information:

Answer: I am not a displaced employee from a Federal Agency.
  18.Are you a current (or former) employee of one or more of the following Land Management Agencies?
a) Department of Agriculture: Forest Service
b) Department of the Interior: Bureau of Land Management
c) Department of the Interior: National Park Service
d) Department of the Interior: Fish and Wildlife Service
e) Department of the Interior: Bureau of Indian Affairs
f) Department of the Interior: Bureau of Reclamation

Answer: No
  19.Are you a current employee (or former employee within 2 years of your most recent date of separation for reasons other than misconduct or performance) of one of the below Department of Defense Base Facilities Management Agencies?
a) The Department of Defense, Defense Industrial Base Facility (DOD depot, arsenal or shipyard located within the United States)
b) The Department of Defense Major Range and Test Facilities Base

Answer: No

DHS-FEMA-00911-2021

## 4.Vacancy Questions

**All grades responses**
   All FEMA employees are subject to 24-hour on-call in the event of an emergency and all Federal employees may be subject to emergency deployment. In the event of an emergency deployment, travel requirements may be extensive in nature (weeks to months), with little advance notice, and may require relocation to emergency sites, some of which are quite austere. The length of deployment may last anywhere from days to months, depending upon the nature of the emergency or disaster.

   Every FEMA employee is considered an emergency manager and each employee has regular and recurring emergency management responsibilities, although not every position requires routine deployment to disaster sites. Your emergency management duties may vary depending on the needs of the Agency, your particular skills, and certain personal circumstances. All positions may require irregular work hours, work at locations other than the official duty station, and may include duties other than those specified in the employee's official position description.

   1.Are you able to meet this commitment?

Answer: Yes
   2.3225388 How did you hear about this Federal Emergency Management Agency (FEMA) job opportunity?

Answer: USAJobs
   3.I understand the resume I have submitted for this position will be thoroughly reviewed to determine whether my experience and/or educational background is sufficient to meet basic and/or specialized experience requirements as outlined in this announcement. I also understand that if the information provided in my resume is not sufficient to support my responses to the vacancy announcement questions, it will affect the overall assessment of my application package.

Answer: Yes
   4.3125489 I acknowledge that I have reviewed the Required Documents section of this announcement to determine which documents, if any, I need to provide in support of this application.

Answer: Yes
   5.3125490 I understand that if I do not submit all REQUIRED documents by the closing date, it will affect the overall assessment of my application package.

Answer: Yes
   6.Please take this opportunity to review your question responses to ensure their accuracy. By agreeing to the statement below, you are confirming that you understand this statement, have reviewed your responses to this questionnaire for accuracy, and verify that your responses accurately describe your current level of experience and capability. Failure to agree to the statement below will disqualify you from further consideration for the position

Answer: Yes, I verify that all of my responses to this questionnaire are true and accurate. I accept that if my supporting documentation and/or later steps in the selection process do not support one or more of my responses to the questionnaire that my application may be removed from further consideration.
   7.

3193998 Please indicate where and when you obtained each of the specialized experience requirements listed in the Qualifications section of this Job Opportunity Announcement. Include in your response: (1) the area of specialized experience; (2) the place of employment; and, (3) the specific dates of employment the experience was gained in MM/DD/YYYY - MM/DD/YYYY format. Your response must be supported by your resume.

**Example:** Experience in developing and delivering presentations and training; ABC Company; 10/01/2016 - 05/15/2018.

Answer: Experience as Disaster Survivor Assistance SMARA, Reports Writer and Manager, also Resource Manager, Crew Lead and Admin; Combine Branches Daily Summary Report using data from DSA software, complete Call Downs, Accountability, Assist with Checkin, Check outs and Rotations, complete OT Justifications, prepare Sitreps and Executive Summaries; FEMA, Aug 26, 2013 - Aug 22, 2017.<br/><br/>Experience as Community Relations employee, also field Team Lead, assisting with registering Survivors, providing Individual Assistance program information to residence and businesses; FEMA for Kids and FEMA for Senior presenter; FEMA, June 7, 2007 - Aug 26, 2013. <br/><br/>Experience as Webta timekeeper, unlocking Webta passwords, pulling Deployment Tracking System reports, Org Charts, Call Downs, Sick Leave Tracking, Staff Annual Training trucking and send reminders, setup meetings in MS Teams, Brief out in Huddle meetings, take, take notes and prepare reports, daily accountability, prepare daily applicants meeting report from Grant's Manager, and additional Planning reports; FEMA, May 13, 2019 - Present<br/><br/>I have an open Planning PTB 56% completed and I completed my PA Ops Support Specialist PTB.

DHS-FEMA-00911-2021

**5. The following documents are requested for this vacancy.**

| Document Type | Description | Filename | Submission Type | Date Received (MM/DD/YYYY) |
|---|---|---|---|---|
| Additional Misc. Documentation | SC Resource Manager Evals | SC Resource Manager Evals.pdf | USAJOBS | 01/29/2021 05:06:59 PM |
| College Transcript | El Centro College Transcript | El%20Centro%20College%20Transcript.pdf | REUSE | 01/29/2021 05:10:13 PM |
| Cover Letter | Cover letter | Nina M Coleman Cover Letter 2019.pdf | REUSE | 01/29/2021 05:11:48 PM |
| Misc. Documentation | DSA Admin & Reports Manager Appraisal | DSA Admin & Reports Manager Appraisal.jpeg | USAJOBS | 01/29/2021 05:07:19 PM |
| SF50 | SF-50 | 2020 Coleman N SF50 (2) (1).jpg | UPLOAD | 01/29/2021 05:08:40 PM |

DHS-FEMA-00911-2021

## 6.Resume

Resume from USAJOBS: Nina Marie Coleman Career Experiences

**7.Vacancy Announcement**

| Announcement Number: | FEMA-21-CTD-424169-IMCORE |
|---|---|
| Position Title: | Emergency Management Specialist (Recovery) |
| Open Period (MM/DD/YYYY): | 01/29/2021 - 02/03/2021 **This vacancy is limited to a certain number of applicants and may close before the close date listed here if that limit is reached.** |
| Series/Grade: | IT - 0089 02 |
| Salary: | USD $22.08 - USD $41.62 |
| Work Schedule: | Full-time - |
| Promotion Potential: | IT-NA |
| Hiring Agency: | FEMA - Federal Emergency Management Agency |
| Duty Locations: | 3 Vacancies in Location Negotiable After Selection, US |
| Telework Eligible: | Yes |
| For More Info: | Chanelle Dewberry 2023045023 chanelle.dewberry@fema.dhs.gov |
| Hiring Path: | • Open to the public |
| Clarification from the Agency: | This job is open to: U.S. Citizens |
| Security Clearance Required: | Not Required |
| Appointment Type: | Term appt, NTE 2 yrs |
| Appointment Type Details: | Temporary - Not to Exceed 2 Years |
| Marketing Statement: | FEMA's mission is to support our citizens and first responders to ensure that as a nation we work together to build, sustain and improve our capability to prepare for, protect against, respond to, recover from and mitigate all hazards. |
| Job Summary: | This position is being announced under FEMA's Incident Management Cadre of On-call Response/Recovery Employee (IM-CORE) Program.  This is a temporary appointment in the Excepted Service, not to exceed 2 years, with the option to extend based on workload and funding availability. Veterans Preference does not apply in selections of IM-CORE employees. View common definitions of terms found in this announcement. |
| Supervisory Position: | Yes |
| Relocation Expenses Reimbursed: | No |
| Travel Required: | 76% or greater IM-CORE employees are hired to work on temporary duty assignments in deployed positions anywhere that FEMA responds to a disaster declaration. FEMA has established 300 days per year as the targeted number of |

DHS-FEMA-00911-2021

| | |
|---|---|
| | days of disaster duty assignments. IM-CORE employees are assigned to duty stations at their home address for pay purposes and for the location of their non-deployed work assignments, to include on-boarding related work assignments. |
| Major Duties: | The Department of Homeland Security (DHS) is calling on those who want to help protect American interests and secure our Nation. DHS Components work collectively to prevent terrorism; secure borders and our transportation systems; protect the President and other dignitaries; enforce and administer immigration laws; safeguard cyberspace; and ensure resilience to disasters. We achieve these vital missions through a diverse workforce spanning hundreds of occupations. Make an impact; join DHS. When disaster strikes, America looks to the Federal Emergency Management Agency (FEMA). Now FEMA looks to you. Join our team and use your talent to support Americans in their times of greatest need. FEMA prepares the nation for all hazards and manages Federal response and recovery efforts following any national incident. We foster innovation, reward performance and creativity, and provide challenges on a routine basis with a well-skilled, knowledgeable, high performance workforce. Please visit www.fema.gov for additional information. EMERGENCY ASSIGNMENT: Every FEMA employee has regular and recurring emergency management responsibilities, though not every position requires routine deployment to disaster sites. All positions are subject to recall around the clock for emergency management operations, which may require irregular work hours, work at locations other than the official duty station, and may include duties other than those specified in the employee's official position description. Travel requirements in support of emergency operations may be extensive in nature (weeks to months), with little advance notice, and may require employees to relocate to emergency sites with physically austere and operationally challenging conditions. This is an IM CORE position located in the Individual Assistance Division, Cadre Management and Training Branch. As a Disaster Survivor Assistance Analysis Manager, you will support the delivery of disaster recovery |

| | |
|---|---|
| | efforts with other emergency management stakeholders and partners. Typical duties include: Interacting with DSA Branch Director, internal and external stakeholders to ensure disaster survivor assistance mission essential tasks are completed and effectively delivered. Leading and supervising DSA Field Analysts to ensure efficient work operations. Assisting DSA Branch Director in developing field summaries and reporting requirements or distribution. Gathering and analyzing disaster-related information for decision making to support disaster survivor assistance leadership in managing operational priorities. |
| Requirements: | To ensure the accomplishment of our mission, DHS requires every employee to be reliable and trustworthy. To meet those standards, all selected applicants must undergo, successfully pass, and maintain a background investigation for Public Trust - Moderate Risk as a condition of placement into this position. This may include a credit check after initial job qualifications are determined, a review of financial issues, such as delinquency in the payment of debts, child support and/or tax obligations, as well as certain criminal offenses and illegal use or possession of drugs (please visit: Mythbuster on Federal Hiring Policies for additional information). For more information on background investigations for Federal jobs please visit OPM Investigations . Please ensure you meet the qualification requirements described below. |
| Key Requirements | • You must be a U.S. citizen to be considered for this position.<br>• You must successfully pass a background investigation.<br>• Travel will be required.<br>• You must be able to obtain and maintain a Government credit card.<br>• Selective service registration is required for males born after 12/31/59.<br>• Please review "Other Information" section for additional key requirements. |
| Education Requirements: | **NOTE:** If you are qualifying based on education and/or are selected for a position which requires a college degree to meet minimum qualification requirements, you will be required to submit your official college transcript(s) at time of selection. |
| Evaluations: | We will review your resume, supporting documentation, and your responses to the |

| | |
|---|---|
| | occupational questionnaire to ensure you meet the minimum qualification requirements. If you are qualified, you may be referred to a selection panel for consideration. **We recommend that you preview the online questions for this announcement before you start the application process.**<br><br>**Interview Requirement.** Interviews may be required for this position. Failure to complete the interview may result in removal from further consideration. |
| Qualifications: | The qualification requirements listed below must be met within 30 days of the closing date of the announcement.<br>You qualify for this position at the IT-02 level (starting salary $22.08) if you possess the following: One full year of specialized experience equivalent to the next lower grade (IT-01) in the Federal Service. This experience may have been gained in the federal government, a state or local government, a non-profit organization, the private sector, or as a volunteer; however, your resume must clearly describe at least one year of specialized experience. Specialized experience for this position includes:<br>  • Leading the collection, organization, analysis and reporting of disaster information to support program priorities and objectives; and<br>  • Preparing and writing reports/summaries to support leadership in decision making; and<br>  • Resolving complex issues and presenting recommendations or guidance to leadership; and<br>  • Evaluating and gathering data from a variety of sources to create work products/reports.<br>**OR**<br>Master's or equivalent graduate degree<br>**OR**<br>2 full years of progressively higher level graduate education leading to such a degree<br>**OR**<br>LL.B. or J.D., if related<br>**OR**<br><br>Combination of education and experience Experience refers to paid and unpaid |

| | |
|---|---|
| | experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.<br><br>Your application must show that you meet all requirements for this position. You may be found "not qualified" if you do not possess the minimum competencies required for the position.<br><br>**NOTE:** Qualifications are based on breadth/level of experience. In addition to describing duties performed, applicants must provide the exact dates of each period of employment (from MM/DD//YY to MM/DD/YY) and the number of hours worked per week if part time. As qualification determinations cannot be made when resumes do not include the required information, failure to provide this information may result in disqualification. Applicants are encouraged to use the USAJOBS Resume Builder to develop their federal resume. For a brief video on How to Create a Federal Resume, click here. **NOTE**:  If you are using the USAJOBS Resume Builder, please insert the dates of employment in MM/DD/YY format at the top of the "Duties, Accomplishments, and Related Skills" text field for each period of employment included on your resume. **Current or former FEMA Reservists/DAE employees:** To accurately credit your experience for these intermittent positions, make sure to list the dates (from MM/DD/YY to MM/DD/YY) of each deployment, along with the job title and specific duties you were responsible for during each deployment. Failure to provide this information may result in disqualification. |
| How to Apply: | To begin your online application, click "Apply Online" to create a USAJOBS account and follow the prompts or log in to your existing account. Your application packet must include a completed assessment questionnaire, a resume, and any applicable and or required |

| | |
|---|---|
| | supporting documentation. **Please see the "Required Documents"** section for additional information. **All application materials, including transcripts, must be in English.** **Applications and supporting documentation will not be accepted by mail or email. You must submit your resume, your online questionnaire, and any supporting documents by 11:59 PM eastern standard time on the posted closing date of this job opportunity announcement, or at 11:59 PM eastern standard time on the date the application limit has been reached, whichever occurs first.** It is your responsibility to verify that any information entered or uploaded is received and is accurate. Determining your eligibility and qualifications is dependent on the supporting documentation and information provided, which may impact your referral for further consideration. If a document is not legible, Human Resources will not be able to view it in your application. We strongly encourage you to apply online. If you cannot apply online or do not have access to the internet (e.g., applicant experiencing documented system issues, applicant does not have access to the internet, etc.), you may be able to submit a paper application and the required forms.  To do so, please contact the Human Resources Specialist listed in the Agency Contact Information prior to the close of this announcement. |
| Required Documents: | 1. **Your resume.**<br>2. **Your responses to the job questionnaire-** You will be directed to the online job questionnaire once you begin the application process for this position.<br>3. **Are you a current or former federal employee?** Submit a copy of your most recent SF-50, Notification of Personnel Action that demonstrates your eligibility for consideration, e.g., length of time you have been in your current grade; your highest grade held; your current promotion potential and proof of permanent appointment if applying based on an interchange agreement. |

DHS-FEMA-00911-2021

| | |
|---|---|
| | Examples of appropriate SF-50s include promotions, within-grade increases and accessions.<br><br>4. **Are you qualifying based on education?** Submit a copy of your college transcript (unofficial is acceptable) from an accredited institution. Once selected and prior to appointment, applicants must provide an official college transcript. Education completed in foreign colleges or universities may be used to meet Federal qualification requirements if you can show that your foreign education is comparable to education received in accredited educational institutions in the United States. For example, specific courses accepted for college-level credit by an accredited U.S. college or university, or foreign education evaluated by an organization recognized for accreditation by the Department of Education as education equivalent to that gained in an accredited U.S. college or university. It is your responsibility to provide such evidence with your application. See **Recognition of Foreign Qualifications** for more information. |
| Next Step: | Once you submit your application, we will assess your experience and training, identify the qualified applicants, and refer those applications to the hiring manager for further consideration and possible interviews. We will notify you by email after each of these steps has been completed.<br>We expect to make a final job offer within 30 days after the deadline for applications.<br>If you are selected, we will conduct a suitability/security background investigation. View more information on applying for federal employment.<br><br>Any Offers of employment made pursuant to this announcement will be consistent with all applicable authorities, including Presidential Memoranda, Executive Orders, interpretive U.S. Office of Personnel Management guidance and U.S. Office of Management and Budget plans and policies concerning hiring. |

| | |
|---|---|
| | These authorities are subject to change. |
| Benefits URL: | https://www.dhs.gov/homeland-security-careers/benefits |
| Agency Benefits: | DHS offers competitive salaries and an attractive benefits package, including: health, dental, vision, life, and long-term care insurance; retirement plan; Thrift Savings Plan [similar to a 401(k)]; Flexible Spending Account; Employee Assistance Program; personal leave days; and paid federal holidays. Other benefits may include: flexible work schedules; telework; tuition reimbursement; transportation subsidies; uniform allowance; health and wellness programs; and fitness centers. DHS is committed to employee development and offers a variety of employee training and developmental opportunities. For more information, go to the DHS Careers website and select &ldquo;Benefits.&rdquo; Disabled veteran leave will be available to any Federal employee hired on or after November 5, 2016, who is a veteran with a service-connected disability rating of 30 percent or more. |
| Other Information: | • If you receive a conditional offer of employment for this position, you will be required to complete an Optional Form 306, Declaration for Federal Employment, and to sign and certify the accuracy of all information in your application, prior to entry on duty. False statements on any part of the application may result in withdrawal of offer of employment, dismissal after beginning work, fine, or imprisonment.<br>• DHS uses E-verify, an internet based system, to confirm the eligibility of all newly hired employees to work in the United States. Learn more about E-Verify, including your rights and responsibilities.<br>• This announcement may be used to fill one or more vacancies.<br>• **STAFFORD ACT EXCEPTED SERVICE APPOINTMENTS**: Cadre On Call Response Employee (CORE) is an appointment type granted under the Robert T. Stafford Disaster Relief and Emergency Assistance Act, Section 306 |

(b), which authorizes FEMA to appoint such temporary employees as necessary to accomplish work authorized under the Act. Appointments under this authority within FEMA are made to the excepted service and are nonpermanent in nature.

- All candidates must be able to deploy with little or no advance notice to anywhere in the United States and its territories for an extended period of time. Deployments may include working in excess of eight hours a day, or in excess of 40 hours per week, including weekends and holidays, and under stressful, physically demanding, and austere conditions. When activated and deployed, you serve in a federal travel status and are entitled to lodging, transportation and per diem reimbursements for authorized expenses in accordance with federal travel regulations.
- If selected for this position, you will be required to complete FEMA's onboarding program and a subsequent orientation program. Additional orientation information will be provided post selection.
- Applying to this announcement certifies that you give permission for DHS to share your application with others in DHS for similar positions.

DHS-FEMA-00911-2021

## 8.Demographic Information

1. Sex:

Answer: Female

2. Ethnicity:

Answer: Not Hispanic or Latino

3. Race:

Answer: Black or African American - a person having origins in any of the black racial groups of Africa.

4. A. Do you have any of the following?

Answer: No answer

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**PERFORMANCE APPRAISAL FOR THE DISASTER ASSISTANCE PROGRAM**

| NAME | POSITION TITLE | GRADE (PFT/TEMP) OR LEVEL (DAE) |
|---|---|---|
| Nina Coleman | Reports Manager | RSV |
| REGION AND PROGRAM AREA | EVALUATION PERIOD | DR OR EM NUMBER |
| DSA | FROM 15-Jun-16  TO  5-Aug-16 | DR-4269/4272-TX |

NOTE TO EVALUATOR: Part I must be completed for all employees. Part II must be completed on all employees in a supervisory capacity. A separate evaluation form should be completed for each discrete job performed by the employee. You are required to discuss this evaluation with the employee prior to its being signed by either party. This evaluation must be completed prior to the employee's departure from the Disaster Field Office.

The following definitions are to be used:
  S      SATISFACTORY - Consistently meets normal requirements.
  U      UNSATISFACTORY - Fails to meet normal requirements.
  N/A    UNABLE TO EVALUATE - No opportunity to observe performance.

| PART I - ALL EMPLOYEES | | PART II - SUPERVISORS | |
|---|---|---|---|
| ELEMENTS | RATING | ELEMENTS | RATING |
| 1. Knowledge of Job, Rules, Regulations and Policies - Understands duties and responsibilities and applies skills in conformation with applicable guidance. | S | 1. Planning and Organizing - Effectively utilizes staff time and skills and develops priority driven work schedule. | |
| 2. Quality/Timeliness/Sense of Priorities - Produces useful volume of work, meets deadlines, organizes/prioritizes work. | S | 2. Leadership - Inspires teamwork and productivity; delegates responsibility. | |
| 3. Quality of Work - Finished product is accurate, complete, and in compliance with procedures. | S | 3. Develops, Motivates, and Counsels Staff - Identifies employee potential; encourages and assists in employee development. | |
| 4. Initiative - Assumes responsibility; completes assignments with minimal supervision. | S | 4. Personnel Management - Achieves program goals within the limitations of staff and personnel budget; controls overtime usage. | |
| 5. Dependability - Gets the job done efficiently, adhering to procedures; is supportive and reliable. | S | 5. Equal Opportunity/Affirmative Action - Complies with regulations; displays fairness in selections; encourages/recognizes employees' achievements. | |
| 6. Communication Skills - Gets ideas accross clearly, concisely, and effectively both orally and in writing. | S | 6. Technical Ability - Provides sound, timely advice and inspires action. | |
| 7. Cooperativeness - Works well with others to achieve a goal. | S | 7. Resources Management - Efficient management of funds, equipment, and supplies. | |

NARRATIVE (Required): **In her role as the Reports Manager, Nina Coleman conducted a critical function. In addition to maintaining Accountability and the Organizational Chart, Ms. Coleman took on the responsibility for the Daily Summary Reports. Ms. Coleman maintained the continuity of operations for two concurrent disasters and managed reports from the field for both of them. She formatted a comprehensive reports as well as providing guidance to field reports writers. In addition to her assigned duties Ms. Coleman conducted Quality Control checks to ensure accuracy in branch reporting and tracked mission progress as well as completing Disaster Close-out reports.**

| SIGNATURE OF RATING OFFICIAL | DATE |
|---|---|
| *[signature]* | 8/5/2016 |
| SIGNATURE OF EMPLOYEE (Signifies only that rating has been discussed with Rating Official; does not necessarily indicate concurrence.) | DATE |
| *Nina M Coleman* | 8-5-2016 |

EMPLOYEE'S COMMENTS (Optional. Use the reverse side of form or additional sheets, if necessary)
*A great team, a great experience assisting on DR4269 & DR4272. Great leadership.*

DISTRIBUTION: Forward Original Copy to: OPEO for Official Personnel File
Forward one (1) each of the remaining copies to: Employee/Employee's Home Office/Official DFO File.

FEMA Form 90-108, JUL 91[M/S Excel]

DHS-FEMA-00911-3851

## FEDERAL EMERGENCY MANAGEMENT AGENCY
## PERFORMANCE APPRAISAL FOR THE DISASTER ASSISTANCE PROGRAM

| NAME | POSITION TITLE | GRADE (PFT/TEMP) OR LEVEL (DAE) |
|---|---|---|
| Nina Coleman | DSA Specialists (Resource Manager) | National Reservist |

| REGION & PROGRAM AREA | EVALUATION PERIOD | DR OR EM NUMBER | SOCIAL SECURITY # |
|---|---|---|---|
| HQ     DSA | FROM 10/29/2015   TO 11/8/2015 | DR-4241-SC | N/A |

NOTE TO EVALUATOR: Part I must be completed for all employees. Part II must be completed for all employees in a supervisory capacity. A separate evaluation form should be completed for each discrete job performed by the employee. You are required to discuss this evaluation with the employee prior to its being signed by either party. This evaluation must be completed prior to the employee's departure from the Disaster Field Office.

The following definitions are to be used:
- **S** SATISFACTORY – Consistently meets normal requirements
- **U** UNSATISFACTORY – Fails to meet normal requirements
- **N/A** UNABLE TO EVALUATE – No opportunity to observe performance

| PART I – ALL EMPLOYEES | | PART II – SUPERVISORS | |
|---|---|---|---|
| **ELEMENTS** | **RATING** | **ELEMENTS** | **RATING** |
| 1. Knowledge of Job, Rules, Regulations and Policies – Understands duties and responsibilities and applies skills in conformation with applicable guidance. | S | 1. Planning and Organizing – Effectively utilizes staff time and skills and develops priority driven work schedule. | S |
| 2. Quality/Timeliness/Sense of Priorities – Produces useful volume of work, meets deadlines, organizes/prioritizes work. | S | 2. Leadership – Inspires teamwork and productivity; delegates responsibility. | S |
| 3. Quality of Work – Finished product is accurate, complete, and in compliance with procedures. | S | 3. Develops, Motivates, and Counsels Staff – Identifies employee potential; encourages and assists in employee development. | S |
| 4. Initiative – Assumes responsibility; completes assignments with minimal supervision. | S | 4. Personnel Management – Achieves program goals within the limitations of staff and personnel budget; controls overtime usage. | S |
| 5. Dependability – Gets the job done efficiently, adhering to procedures; is supportive and reliable. | S | 5. Equal Opportunity/Affirmative Action – Complies with regulations; displays fairness in selections; encourages/recognizes employees' achievements. | S |
| 6. Communication Skills – Gets ideas across clearly, concisely, and effectively both orally and in writing. | S | 6. Technical Ability – Provides sound, timely advice and inspires action. | S |
| 7. Cooperativeness – Works well with others to achieve a goal. | S | 7. Resources Management – Efficient management of funds, equipment, and supplies. | S |

**COMMENTS:**

Nina displayed a strong sense of professionalism from the moment she reported to this disaster. She was assigned as the Resource Manager for DSA and was responsible for all clerical matters for personnel working in DR-4241-SC including WebTA as well as assisting personnel with CONCUR issues and concerns. The quality of her work is of high caliber; she created and maintained the DSA Organization and Call-Down lists, kept track of incoming and outgoing DSA staff, as she managed three branch Resource Specialists on the daily accountability for 373 DSA personnel.

Nina is a hard charger who never settles for anything, but perfection, and this reflects her strong work ethics, and outstanding good customer service skills that made her an invaluable asset to this disaster, and to FEMA, but most important it makes her an invaluable asset to the survivors. Nina is highly recommended to attend the following courses to augment her skills: L292 Disaster Field OPS MNGMT (DFOM) and L269 MGN FEMA Staff on Disaster Operations.

| SIGNATURE OF RATING OFFICIAL | DATE |
|---|---|
| _Julius Gibbons_, DSA Branch Director | 12/17/15 |

| SIGNATURE OF EMPLOYEE *(Signifies only that rating has been discussed with Rating Official; does not necessarily indicate concurrence.)* | DATE |
|---|---|
| _Nina M Col_ | 12-17-15 |

**EMPLOYEE'S COMMENTS** *(Optional. Use the reverse side of form or additional sheets if necessary)*

I would like to thank Mr. Gibbons for allowing me to serve on DR-4241-SC as DSA Resource Manager. Mr. Gibbons entrusted his staff to follow the chain of command and to complete their tasks without ruling with an iron fist. If staff fall short of their expectations he kindly met with us to guide us on areas of improvement. I obtained tremendous disaster support staff knowledge and look forward to reaching higher career goals within FEMA. Again, I thank my leadership providing me the knowledge to support our DSA staff so we may serve the survivors of South Carolina effectively "survior cantric".

DISTRIBUTION: Forward Original Copy to: OPEO for Official Personnel file.
Forward one of each of the remaining copies to: Employee/Employee's Home Office/Official DFO File.

FEMA Form 90-106, Jul 91 (M/S Excel)

DHS-FEMA-00911-2021

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**PERFORMANCE APPRAISAL FOR THE DISASTER ASSISTANCE PROGRAM**

| NAME | POSITION TITLE | GRADE (PFT/TEMP) OR LEVEL (DAE) |
|---|---|---|
| Nina Coleman | DSA Specialist | Res |

| REGION AND PROGRAM AREA | EVALUATION PERIOD | DR OR EM NUMBER | SOCIAL SECURITY# |
|---|---|---|---|
| DSA | FROM     TO<br>9-Nov-15    17-Dec-15 | DR-4241-SC | |

NOTE TO EVALUATOR: Part I must be completed for all employees. Part II must be completed on all employees in a supervisory capacity. A separate evaluation form should be completed for each discrete job performed by the employee. You are required to discuss this evaluation with the employee prior to its being signed by either party. This evaluation must be completed prior to the employee's departure from the Disaster Field Office.

The following definitions are to be used:

| | | |
|---|---|---|
| S | SATISFACTORY - Consistently meets normal requirements | |
| U | UNSATISFACTORY - Fails to meet normal requirements | |
| N/A | UNABLE TO EVALUATE - No opportunity to observe performance | |

| PART I - ALL EMPLOYEES | | PART II - SUPERVISORS | |
|---|---|---|---|
| **ELEMENTS** | **RATING** | **ELEMENTS** | **RATING** |
| 1. Knowledge of Job, Rules, Regulations and Policies - Understands duties and conformation with applicable guidance. | S | 1. Planning and Organizing - Effectively utilizes staff time and skills and develops | |
| 2. Quality/Timeliness/Sense of Priorities - Produces useful volume of work, meets deadlines, organizes/prioritizes work. | S | 2. Leadership - Inspires teamwork and productivity; delegates responsibility. | |
| 3. Quality of Work - Finished product is accurate, complete, and in compliance with procedures. | S | 3. Develops, Motivates, and Counsels Staff - Identifies employee potential; encourages and assists in employee development. | |
| 4. Initiative - Assumes responsibility; completes assignments with minimal supervision. | S | 4. Personnel Management - Achieves program goals within the limitations of staff and personnel budget; controls overtime usage. | |
| 5. Dependability - Gets the job done efficiently, adhering to procedures; is supportive and reliable. | S | 5. Equal Opportunity/Affirmative Action - Complies with regulations; displays fairness in selections; encourages/recognizes employees' achievements. | |
| 6. Communication Skills - Gets ideas across clearly, concisely, and effectively both orally and in writing. | S | 6. Technical Ability - Provides sound, timely advice and inspires action. | |
| 7. Cooperativeness - Works well with others to achieve a goal. | S | 7. Resources Management - Efficient management of funds, equipment, and supplies. | |

COMMENTS:
Nina has demonstrated dedication and professionalism throughout her deployment. She understands the importance of assuring accurate and timely information. She coordinated with DSA staff in the branches to obtain necessary and pertinent information. Nina has a passion for the Ready Kids program and given her talents and acumen, she would be a wonderful leader to continue this program. Nina is self-motivated as she initiates tasks without having to be asked.

Given Nina leadership skills she would benefit from FIWA E602 training.

| SIGNATURE OF RATING OFFICIAL | DATE |
|---|---|
| *[signature]* | 12/17/2015 |

| SIGNATURE OF EMPLOYEE (Signature only that rating has been discussed with Rating Official; does not necessarily indicate concurrence.) | DATE |
|---|---|
| *[signature]* | 12-17-15 |

EMPLOYEE'S COMMENTS (Optional. Use the reverse side of form or additional sheets, if necessary)

DISTRIBUTION: Forward Original Copy to: OPEO for Official Personnel File
Forward one of each of the remaining copies to: Employee/Employee's Home Office/Official DFO File.

FEMA Form 90-106 JUL 91 (MS Excel)

DHS-FEMA-00911-2021

### FEDERAL EMERGENCY MANAGEMENT AGENCY
### PERFORMANCE APPRAISAL FOR THE DISASTER ASSISTANCE PROGRAM

| NAME | POSITION TITLE | GRADE (PFT/TEMP) OR LEVEL (DAE) |
| --- | --- | --- |
| Nina Coleman | DSA Specialist | RES |

| REGION AND PROGRAM AREA | EVALUATION PERIOD | | DR OR EM NUMBER | SOCIAL SECURITY# |
| --- | --- | --- | --- | --- |
| DSA | FROM 10/10/15 | TO 10/28/15 | DR-4241-SC | |

NOTE TO EVALUATOR: Part I must be completed for all employees. Part II must be completed on all employees in a supervisory capacity. A separate evaluation form should be completed for each discrete job performed by the employee. You are required to discuss this evaluation with the employee prior to its being signed by either party. This evaluation must be completed prior to the employee's departure from the Disaster Field Office.

The following definitions are to be used:

|   |   |
| --- | --- |
| S | SATISFACTORY - Consistently meets normal requirements |
| U | UNSATISFACTORY - Fails to meet normal requirements |
| N/A | UNABLE TO EVALUATE - No opportunity to observe performance |

| PART I - ALL EMPLOYEES | | PART II - SUPERVISORS | |
| --- | --- | --- | --- |
| ELEMENTS | RATING | ELEMENTS | RATING |
| 1. Knowledge of Job, Rules, Regulations and Policies - Understands duties and conformation with applicable guidance. | S | 1. Planning and Organizing - Effectively utilizes staff time and skills and develops | |
| 2. Quality/Timeliness/Sense of Priorities - Produces useful volume of work, meets deadlines, organizes/prioritizes work. | S | 2. Leadership - Inspires teamwork and productivity; delegates responsibility. | |
| 3. Quality of Work - Finished product is accurate, complete, and in compliance with procedures. | S | 3. Develops, Motivates, and Counsels Staff - Identifies employee potential; encourages and assists in employee development. | |
| 4. Initiative - Assumes responsibility; completes assignments with minimal supervision. | S | 4. Personnel Management - Achieves program goals within the limitations of staff and personnel budget; controls overtime usage. | |
| 5. Dependability - Gets the job done efficiently, adhering to procedures; is supportive and reliable. | S | 5. Equal Opportunity/Affirmative Action - Complies with regulations; displays fairness in selections; encourages/recognizes employees' achievements. | |
| 6. Communication Skills - Gets ideas across clearly, concisely, and effectively both orally and in writing. | S | 6. Technical Ability - Provides sound, timely advice and inspires action. | |
| 7. Cooperativeness - Works well with others to achieve a goal. | S | 7. Resources Management - Efficient management of funds, equipment, and supplies. | |

COMMENTS:

Nina has demonstrated a great deal of knowledge and expertise on DSA Mission and management. She was a valuable team member often providing appropriate suggestions to assist DSA program and management team. She instrumental in assuring staffing accountability. She was able to provide clear instructions to teammates to assure information was provided both to the field and to DSA management. Nina was a tremendous asset to the mission. She has the ability to be a good leader therefore she would benefit from leadership training.

| SIGNATURE OF RATING OFFICIAL | DATE |
| --- | --- |
| *Kevin Glenn Mann* | 10/28/15 |
| SIGNATURE OF EMPLOYEE (Signifies only that rating has been discussed with Rating Official; does not necessarily indicate concurrence.) *Nina* | DATE 10-28-15 |

EMPLOYEE'S COMMENTS (Optional. Use the reverse side of form or additional sheets, if necessary)

DISTRIBUTION: Forward Original Copy to: OPEO for Official Personnel File
Forward one of each of the remaining copies to: Employee/Employee's Home Office/Official DFO File.

FEMA Form 90-108, JUL 91 (M/S Excel)

DHS-FEMA-00911-2021

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle)<br>**COLEMAN, NINA MARIE** | 2. Social Security Number<br>**999999** | 3. Date of Birth<br>**07/07/71** | 4. Effective Date<br>**05/10/20** |
|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| **5-A. Code**<br>893 | **5-B. Nature of Action**<br>REG WRI | **6-A. Code** | **6-B. Nature of Action** |
| **5-C. Code**<br>Q7M | **5-D. Legal Authority**<br>REG 531.404 | **6-C. Code** | **6-D. Legal Authority** |
| **5-E. Code** | **5-F. Legal Authority** | **6-E. Code** | **6-F. Legal Authority** |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number<br>**ADMINISTRATIVE SUPPORT ASSISTANT (OA)**<br>**90914970 RG0078** |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 01 | 43,251.00 | PA | IC | 0303 | 07 | 02 | 44,692.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 37,301.00 | 5,950.00 | 43,251.00 | .00 | 38,544.00 | 6,148.00 | 44,692.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization<br>**FEDERAL EMERGENCY MGMT AGENCY**<br>**Regional Offices**<br>**Region Six**<br>**Regional Administrator**<br><br>**HS CB9106000104000000    PP 10 2020** |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference<br>1<br>1 – None    3 – 10-Point/Disability    5 – 10-Point/Other<br>2 – 5-Point    4 – 10-Point/Compensable    6 – 10-Point/Compensable/30% | 24. Tenure<br>3<br>0 – None    2 – Conditional<br>1 – Permanent    3 – Indefinite | 25. Agency Use | 26. Veterans Preference for RIF<br>YES  X  NO |
|---|---|---|---|
| 27. FEGLI<br>C0  BASIC | 28. Annuitant Indicator<br>9    NOT APPLICABLE | | 29. Pay Rate Determinant<br>0    NOT APPLICABLE |
| 30. Retirement Plan<br>KF  FERS (FRAE) | 31. Service Comp. Date (Leave)<br>10/02/15 | 32. Work Schedule<br>F    FULL TIME | 33. Part-Time Hours Per<br>Biweekly<br>Pay Period |

## POSITION DATA

| 34. Position Occupied<br>2<br>1 – Competitive Service    3 – SES General<br>2 – Excepted Service    4 – SES Career Reserved | 35. FLSA Category<br>N    E – Exempt<br>N – Nonexempt | 36. Appropriation Code | 37. Bargaining Unit Status<br>7777 |
|---|---|---|---|
| 38. Duty Station Code<br>48-0490-245 | 39. Duty Station (City – County – State or Overseas Location)<br>**BEAUMONT  JEFFERSON  TX** | | |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks
WORK PERFORMANCE IS AT AN ACCEPTABLE LEVEL OF COMPETENCE.

| 46. Employing Department or Agency<br>**HOMELAND SECURITY** | 50. Signature/Authentication and Title of Approving Official<br>**ELECTRONICALLY SIGNED BY: ELIZABETH A HOUGH** |
|---|---|
| 47. Agency Code<br>HS CB | 48. Personnel Office ID<br>4249 | 49. Approval Date<br>05/09/20 | **HR OFFICER** |

5-Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

DHS-FEMA-00911-2021

# Election Attachment - 5

**Other documentation finding me Qualified in DSA as Specialist, Crew Lead and Group Supervisor, therefore this makes me qualified as SMART Reports Manager**

DHS-FEMA-00911-2021

 Gmail

N C <ninacoleman7771@gmail.com>

---

## RE: DSA Crew Lead position

1 message

---

**Tyler, Kjirstin** <kjirstin.tyler@fema.dhs.gov>                                         Wed, Jul 28, 2021 at 10:37 AM
To: NC Old-Soul <ninacoleman7771@gmail.com>

Good morning Nichole,

Thank you for your patience as I revisited your resume with the DSA Hiring Authority.  Upon review, this is to advise you of the action taken on your application for vacancy announcement FEMA-21-KMT-465489-RSV, Emergency Management Specialist (Recovery), (Disaster Survivor Assistance Crew Leader) (Intermittent), IM-0089-02 with the Federal Emergency Management Agency.

You were among the best qualified candidates and referred to the Selecting Official for consideration.  However, there is no agency requirement that all best qualified applicants be interviewed.  There is no further action required from you at this time.

Thank you for your interest in employment with the Federal Emergency Management Agency.

Kjirstin Tyler

Human Resource Specialist

Federal Emergency Management Agency

Office of the Chief Component Human Capital Officer

Disaster Field Operations | Disaster Field Staffing | Reservist Team

430 Market Street, Winchester, VA 22603

Office- 540-686-3075

Mobile- 202-322-4832

eFax- 540-504-2691

*Own **your** personnel data and HR needs!*

Review    |    Edit    |    Ask

                

**Confidentiality Notice:** This communication, along with any attachments, is covered by Federal and State law governing electronic communications and may contain restricted and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.

For human capital information you need, connect with OCCHCO's Human Capital Service Desk by phone (866) 896-8003 or by email FEMA-HC-ServiceDesk@fema.dhs.gov.

---

*Customer service is my priority. Please provide any feedback regarding my customer service to my supervisor Denise Hayes at denise.hayes@fema.dhs.gov.*

---

**From:** NC Old-Soul <ninacoleman7771@gmail.com>
**Sent:** Tuesday, July 27, 2021 9:08 AM
**To:** Tyler, Kjirstin <kjirstin.tyler@fema.dhs.gov>
**Subject:** Re: DSA Crew Lead position

My resume may not have your exact words but I was a DSA CL on many occasions.

As CL we lead a team all we do is problem solve whether the mission or personnel. Also me completing After Action and Close Out Reports is problem solving, analyzing and evaluating.

Planning Teams day to day work assignment in grids, community locations, is setting priorities, goals and establishing work assignments. I also provided performance evaluations at the end.

Providing daily reports such as progression reports to Task Force Lead and providing suggestions, including creating After Action Report to improve cadre mission is:

Analyzing and evaluating program efficiency and effectiveness and recommending improvements for emergency disaster response

I was an DSA Crew Lead so how so I not qualify.

This is on my resume:

Crew Leader Tasks:

• Prepared and submitted team accountability

• Planned team daily Disaster Survivor Assistance (DSA) mission; assigned grids through ArcGIS

Collector and closed girds when completed

• Registered survivors and provided case inquiries and case updates as needed

• Tasked team with Emergency Manager preliminary damage assessment lists or lists of homes

reported affected for mission visits

• Identified DSA mission priorities and focused immediately and reported on critical and

emerging issues throughout designated communities

• Provided Taskforce Lead, Emergency Manager's Progression report and daily report summaries

• Met with Emergency Manager (EM) for approval to commence DSA Mission in the County,

updated EM on DSA progression and contacted EM for approval to close the County when

mission was completed

• Managed DSA Assistance geographic operations and supervised within span of control

Disaster Survivor Assistance Specialists to ensure a safe, secure, and efficient operation

• Assisted with software, equipment and/or technical updates, repairs or replacements

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

On Tue, Jul 27, 2021, 7:49 AM Tyler, Kjirstin <kjirstin.tyler@fema.dhs.gov> wrote:

Good morning,

Thank you for your interest in working for FEMA. I would encourage you to reapply when future opportunities are posted, according to your availability and desire. The job posting for this position has closed.

Upon review, the resume you submitted for consideration did not include evidence of one or more of our qualifications for this job announcement. Please see below for the qualifications considered.

Qualifications:

To qualify for this position, you must possess:

- Supervising and/or participating in a customer-service problem solving capacity; and

- Establishing work assignments and/or setting priorities for subordinates; and

- Analyzing and evaluating program efficiency and effectiveness and recommending improvements for emergency disaster response

OR

- Master's or equivalent graduate degree; OR
- 2 full years of progressively higher level graduate education leading to such a degree; OR
- LL.B. or J.D, if related.

These qualifications were included in the job posting as written above. Every job posting has different requirements but they are always included. I always encourage applicants to read the entire job posting, especially this section, before applying so you can make necessary adjustments to your resume to reflect your relevant experience.

Best wishes,

Kjirstin Tyler

Human Resource Specialist

Federal Emergency Management Agency

Office of the Chief Component Human Capital Officer

Disaster Field Operations | Disaster Field Staffing | Reservist Team

430 Market Street, Winchester, VA 22603

Office- 540-686-3075

Mobile- 202-322-4832

eFax- 540-504-2691

DHS-FEMA-00911-2021

*Own **your** personnel data and HR needs!*

Review | Edit | Ask

***Confidentiality Notice:*** This communication, along with any attachments, is covered by Federal and State law governing electronic communications and may contain restricted and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.

For human capital information you need, connect with OCCHCO's Human Capital Service Desk by phone (866) 896-8003 or by email FEMA-HC-ServiceDesk@fema.dhs.gov.

*Customer service is my priority. Please provide any feedback regarding my customer service to my supervisor Denise Hayes at denise.hayes@fema.dhs.gov.*

**From:** NC Old-Soul <ninacoleman7771@gmail.com>
**Sent:** Saturday, July 24, 2021 1:02 PM
**To:** Tyler, Kjirstin <kjirstin.tyler@fema.dhs.gov>
**Subject:** DSA Crew Lead position

Good afternoon.

Could I have status update for this position? I worked as Crew Lead under DSA for years and when they finally opened my PTB in 2016 in Dec it was 60% completes. So I am qualified.

## FEMA-21-KMT-465489-RSV

# Control number

### 603449100

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

DHS-FEMA-00911-2021

 Gmail

N C <ninacoleman7771@gmail.com>

## Application Status: No Further Consideration

1 message

**Griffin, Calvin <noreply@mgsapps.monster.com>**
Reply-To: calvin.griffin@fema.dhs.gov
To: ninacoleman7771@gmail.com

Fri, Jan 3, 2020 at 12:30 PM

Dear NINA COLEMAN,

Thank you for your interest in the Federal Emergency Management Agency (FEMA).  You applied to vacancy announcement FEMA-20-CTG-333831-IMCORE for the Emergency Management Specialist (Disaster Survivor Assistance Group Supervisor), IT-0089-3 position.  Your application was reviewed by the selecting official(s) but not identified/selected for further consideration.

We encourage you to consider other opportunities with FEMA.  A listing of our available vacancies can be found at www.usajobs.gov.  We wish you success in your employment endeavors.

DHS-FEMA-00911-2021

 Gmail

N C <ninacoleman7771@gmail.com>

## Application Status: Non-Selection

1 message

**Richards, Kenneth <noreply@mgsapps.monster.com>**
Reply-To: kenneth.richards@fema.dhs.gov
To: ninacoleman7771@gmail.com

Thu, Jan 7, 2021 at 8:44 AM

Dear NINA COLEMAN,

Thank you for your interest in the Federal Emergency Management Agency.

Your application was reviewed for vacancy announcement FEMA-21-KWR-398332-CORE. You were found qualified for the following position: Program Support Assistant, GS-0303-07 position; however, you were not selected.

We encourage you to consider other opportunities with the Federal Emergency Management Agency. All of our vacancies can be located at www.usajobs.gov.

We wish you success in your employment endeavors.

DHS-FEMA-00911-2021

 Gmail

N C <ninacoleman7771@gmail.com>

---

## Application Status: Non-Selection

1 message

---

**McDonald, Shalonda** <noreply@mgsapps.monster.com>                    Wed, Feb 3, 2021 at 4:24 PM
Reply-To: shalonda.mcdonald@fema.dhs.gov
To: ninacoleman7771@gmail.com

Dear NINA COLEMAN,

Thank you for your interest in the Federal Emergency Management Agency.

Your application was reviewed for vacancy announcement FEMA-21-SM-408293-CORE. You were found qualified for the following position: Program Analyst, IC-0343-09 position; however, you were not selected.

We encourage you to consider other opportunities with the Federal Emergency Management Agency. All of our vacancies can be located at www.usajobs.gov.

We wish you success in your employment endeavors.

DHS-FEMA-00911-2021

**Dewberry advised I was qualified but not selected for IM CORE position IA Information Management Manager, which IA and DSA work together.**

**When we deploy to a disaster DSA works under or side by side.**

**See below.**

DHS-FEMA-00911-2021

 Gmail

**N C <ninacoleman7771@gmail.com>**

## Application Status: Non-Selection

1 message

**Dewberry, Chanelle <noreply@mgsapps.monster.com>**
Reply-To: chanelle.dewberry@fema.dhs.gov
To: ninacoleman7771@gmail.com

Tue, Mar 9, 2021 at 6:29 AM

Dear NINA COLEMAN,

Thank you for your interest in the Federal Emergency Management Agency.

Your application was reviewed for vacancy announcement FEMA-21-RJ-403707-IMCORE. You were found qualified for the following position: Emergency Management Specialist (Individual Assistance Information Management Manager), IT-0089-2 position; however, you were not selected.

We encourage you to consider other opportunities with the Federal Emergency Management Agency. All of our vacancies can be located at www.usajobs.gov.

We wish you success in your employment endeavors.

DHS-FEMA-00911-2021

 **Gmail**

---

## Fwd: Application Status: No Further Consideration_IMC Group Supervisor DSA
1 message

---

**NC Old-Soul** <ninacoleman7771@gmail.com>                                    Tue, Apr 6, 2021 at 10:33 PM
To: marilyn.G.Johnson@usps.gov

I was looking over applications in usajobs.gov. I was found qualified for a DSA Group Supervisor positions just not identified or selected for further consideration. If I am qualified for this position I am very qualified for the Disaster Survivor Assistance Analysis Manager.
---------- Forwarded message ----------
From: **NC Old-Soul** <ninacoleman7771@gmail.com>
Date: Sat, May 23, 2020 at 8:49 AM
Subject: Fwd: Application Status: No Further Consideration_IMC Group Supervisor DSA
To: N Coleman <ninacoleman7771@gmail.com>


Your application was reviewed by the selecting official(s) but not identified/selected for further consideration.

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

---------- Forwarded message ----------
From: **NC Old-Soul** <ninacoleman7771@gmail.com>
Date: Thu, Feb 6, 2020, 2:59 PM
Subject: Re: Application Status: No Further Consideration
To: Griffin, Calvin <calvin.griffin@fema.dhs.gov>


What does not identified mean?

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

On Fri, Jan 3, 2020, 12:30 PM Griffin, Calvin <noreply@mgsapps.monster.com> wrote:
    Dear NINA COLEMAN,

    Thank you for your interest in the Federal Emergency Management Agency (FEMA). You applied to vacancy announcement FEMA-
    20-CTG-333831-IMCORE for the Emergency Management Specialist (Disaster Survivor Assistance Group Supervisor), IT-0089-3
    position. Your application was reviewed by the selecting official(s) but not identified/selected for further consideration.

    We encourage you to consider other opportunities with FEMA. A listing of our available vacancies can be found at
    www.usajobs.gov. We wish you success in your employment endeavors.

DHS-FEMA-00911-2021

DHS-FEMA-00911-2021

 **Gmail**

N C <ninacoleman7771@gmail.com>

## RE: DSA Crew Lead position
1 message

**Tyler, Kjirstin** <kjirstin.tyler@fema.dhs.gov>                                                    Wed, Jul 28, 2021 at 1:09 PM
To: NC Old-Soul <ninacoleman7771@gmail.com>

Good afternoon,

I apologize for my error with your name.  I can confirm that your resume has been shared with the DSA Hiring Authority.  Both Mr. Smith and Ms. Bennett are involved in resume review.  You will receive a follow up email via USAJOBs to inform you if you are selected or not selected to move forward in the hiring process.

Best of luck in your job search,

Kjirstin Tyler

Human Resource Specialist

Federal Emergency Management Agency

Office of the Chief Component Human Capital Officer

Disaster Field Operations | Disaster Field Staffing | Reservist Team

430 Market Street, Winchester, VA 22603

Office- 540-686-3075

Mobile- 202-322-4832

eFax- 540-504-2691

*Own **your** personnel data and HR needs!*

Review    |    Edit    |    Ask

        

***Confidentiality Notice:*** This communication, along with any attachments, is covered by Federal and State law governing electronic communications and may contain restricted and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.

For human capital information you need, connect with OCCHCO's Human Capital Service Desk by phone (866) 896-8003 or by email FEMA-HC-ServiceDesk@fema.dhs.gov.

*Customer service is my priority.  Please provide any feedback regarding my customer service to my supervisor Denise Hayes at denise.hayes@fema.dhs.gov.*

DHS-FEMA-00911-2021

**From:** NC Old-Soul <ninacoleman7771@gmail.com>
**Sent:** Wednesday, July 28, 2021 11:53 AM
**To:** Tyler, Kjirstin <kjirstin.tyler@fema.dhs.gov>
**Subject:** Re: DSA Crew Lead position

Thank you for reviewing. I don't have to be interviewed just put to work.

Also, my name is Nina Coleman.

Next time I'll try to have word of word what you all have on job announcement in my resume at to not confuse those reviewing my resume.

Is hiring official KJ Smith or Barbara Bennett?

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

On Wed, Jul 28, 2021, 10:38 AM Tyler, Kjirstin <kjirstin.tyler@fema.dhs.gov> wrote:

> Good morning Nichole,

> Thank you for your patience as I revisited your resume with the DSA Hiring Authority.  Upon review, this is to advise you of the action taken on your application for vacancy announcement FEMA-21-KMT-465489-RSV, Emergency Management Specialist (Recovery), (Disaster Survivor Assistance Crew Leader) (Intermittent), IM-0089-02 with the Federal Emergency Management Agency.

> You were among the best qualified candidates and referred to the Selecting Official for consideration.  However, there is no agency requirement that all best qualified applicants be interviewed.  There is no further action required from you at this time.

> Thank you for your interest in employment with the Federal Emergency Management Agency.

> Kjirstin Tyler

> Human Resource Specialist

> Federal Emergency Management Agency

> Office of the Chief Component Human Capital Officer

> Disaster Field Operations | Disaster Field Staffing | Reservist Team

> 430 Market Street, Winchester, VA 22603

> Office- 540-686-3075

> Mobile- 202-322-4832

> eFax- 540-504-2691

> *Own **your** personnel data and HR needs!*

>   Review    |    Edit    |    Ask

**Confidentiality Notice:** This communication, along with any attachments, is covered by Federal and State law governing electronic communications and may contain restricted and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.

For human capital information you need, connect with OCCHCO's Human Capital Service Desk by phone (866) 896-8003 or by email FEMA-HC-ServiceDesk@fema.dhs.gov.

*Customer service is my priority. Please provide any feedback regarding my customer service to my supervisor Denise Hayes at denise.hayes@fema.dhs.gov.*

**From:** NC Old-Soul <ninacoleman7771@gmail.com>
**Sent:** Tuesday, July 27, 2021 9:08 AM
**To:** Tyler, Kjirstin <kjirstin.tyler@fema.dhs.gov>
**Subject:** Re: DSA Crew Lead position

My resume may not have your exact words but I was a DSA CL on many occasions.

As CL we lead a team all we do is problem solve whether the mission or personnel. Also me completing After Action and Close Out Reports is problem solving, analyzing and evaluating.

Planning Teams day to day work assignment in grids, community locations, is setting priorities, goals and establishing work assignments. I also provided performance evaluations at the end.

Providing daily reports such as progression reports to Task Force Lead and providing suggestions, including creating After Action Report to improve cadre mission is:

Analyzing and evaluating program efficiency and effectiveness and recommending improvements for emergency disaster response

I was an DSA Crew Lead so how so I not qualify.

This is on my resume:

Crew Leader Tasks:

• Prepared and submitted team accountability

• Planned team daily Disaster Survivor Assistance (DSA) mission; assigned grids through ArcGIS

Collector and closed girds when completed

• Registered survivors and provided case inquiries and case updates as needed

• Tasked team with Emergency Manager preliminary damage assessment lists or lists of homes

reported affected for mission visits

• Identified DSA mission priorities and focused immediately and reported on critical and

emerging issues throughout designated communities

• Provided Taskforce Lead, Emergency Manager's Progression report and daily report summaries

• Met with Emergency Manager (EM) for approval to commence DSA Mission in the County,

updated EM on DSA progression and contacted EM for approval to close the County when

mission was completed

• Managed DSA Assistance geographic operations and supervised within span of control

Disaster Survivor Assistance Specialists to ensure a safe, secure, and efficient operation

• Assisted with software, equipment and/or technical updates, repairs or replacements


Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395


On Tue, Jul 27, 2021, 7:49 AM Tyler, Kjirstin <kjirstin.tyler@fema.dhs.gov> wrote:

Good morning,


Thank you for your interest in working for FEMA. I would encourage you to reapply when future opportunities are posted, according to your availability and desire. The job posting for this position has closed.


Upon review, the resume you submitted for consideration did not include evidence of one or more of our qualifications for this job announcement. Please see below for the qualifications considered.


Qualifications:

To qualify for this position, you must possess:

•       Supervising and/or participating in a customer-service problem solving capacity; and

•       Establishing work assignments and/or setting priorities for subordinates; and

•       Analyzing and evaluating program efficiency and effectiveness and recommending improvements for emergency disaster response


OR


- Master's or equivalent graduate degree; OR
- 2 full years of progressively higher level graduate education leading to such a degree; OR
- LL.B. or J.D, if related.


These qualifications were included in the job posting as written above. Every job posting has different requirements but they are always included. I always encourage applicants to read the entire job posting, especially this section, before applying so you can make necessary adjustments to your resume to reflect your relevant experience.


Best wishes,

DHS-FEMA-00911-2021

Kjirstin Tyler

**Human Resource Specialist**

**Federal Emergency Management Agency**

**Office of the Chief Component Human Capital Officer**

**Disaster Field Operations | Disaster Field Staffing | Reservist Team**

**430 Market Street, Winchester, VA 22603**

**Office- 540-686-3075**

**Mobile- 202-322-4832**

**eFax- 540-504-2691**

*Own **your** personnel data and HR needs!*

    Review    |    Edit    |    Ask

***Confidentiality Notice:*** This communication, along with any attachments, is covered by Federal and State law governing electronic communications and may contain restricted and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.

For human capital information you need, connect with OCCHCO's Human Capital Service Desk by phone (866) 896-8003 or by email FEMA-HC-ServiceDesk@fema.dhs.gov.

*Customer service is my priority. Please provide any feedback regarding my customer service to my supervisor Denise Hayes at denise.hayes@fema.dhs.gov.*

**From:** NC Old-Soul <ninacoleman7771@gmail.com>
**Sent:** Saturday, July 24, 2021 1:02 PM
**To:** Tyler, Kjirstin <kjirstin.tyler@fema.dhs.gov>
**Subject:** DSA Crew Lead position

Good afternoon.

Could I have status update for this position? I worked as Crew Lead under DSA for years and when they finally opened my PTB in 2016 in Dec it was 60% completes. So I am qualified.

## FEMA-21-KMT-465489-RSV

# Control number

### 603449100

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

DHS-FEMA-00911-2021

 Gmail

N C <ninacoleman7771@gmail.com>

---

## Application Status

1 message

---

**Tyler, Kjirstin** <careerconnector@mgsapps.monster.com>          Fri, Aug 24, 2018 at 1:52 PM
Reply-To: Kjirstin.Tyler@fema.dhs.gov
To: ninacoleman7771@gmail.com

Dear NINA COLEMAN,

This is to advise you of the action taken on your application for vacancy announcement FEMA-18-KMT-248849-RSV, Emergency Management Specialist (Recovery) - Disaster Survivor Assistance Specialist, GS-0089-01 with the Federal Emergency Management Agency.

You were among the best qualified and referred to the selecting official for consideration.

DHS-FEMA-00911-2021

 **Gmail**

N C <ninacoleman7771@gmail.com>

---

**RE: Application Status**
1 message

---

**Tyler, Kjirstin** <kjirstin.tyler@fema.dhs.gov>
To: N Coleman <ninacoleman7771@gmail.com>

Fri, Sep 7, 2018 at 9:42 AM

Hi Nina,


The selecting official is the cadre's RPM/recruiter.


Thank you for your patience,


Kjirstin Tyler

Human Resource Specialist

Stafford Act Branch

Office of the Chief Component Human Capital Officer

Federal Emergency Management Agency

Department of Homeland Security

430 Market Street, Winchester, VA 22603

Office- 540-686-3075

Mobile- 202-322-4832

eFax- 540-686-3075


For human capital information you need, connect with OCCHCO's Human Capital Service Desk by phone (866) 896-8003 or by email FEMA-HC-
ServiceDesk@fema.dhs.gov.


*Customer service is my priority. Please provide any feedback regarding my customer service to my supervisor Katie Short at
Katie.short@fema.dhs.gov.*


**From:** N Coleman [mailto:ninacoleman7771@gmail.com]
**Sent:** Thursday, September 6, 2018 8:46 AM
**To:** Tyler, Kjirstin <kjirstin.tyler@fema.dhs.gov>
**Subject:** Re: Application Status


Good morning.


Is the selecting official OPM, someone in Human Capital or the cadre's RPM or Coordinator?

Sincerely,

DHS-FEMA-00911-2021

Nina M. Coleman, Contractor
Contact: 214-563-5395

On Tue, Sep 4, 2018, 9:28 AM Tyler, Kjirstin <kjirstin.tyler@fema.dhs.gov> wrote:

Good morning,

The selecting official is currently reviewing resumes and will be contacting applicants soon.  Unfortunately I don't have a set timeline I can share with you.

Thank you!

Kjirstin Tyler

Human Resource Specialist

Stafford Act Branch

Office of the Chief Component Human Capital Officer

Federal Emergency Management Agency

Department of Homeland Security

430 Market Street, Winchester, VA 22603

Mobile- 202-322-4832

eFax- 540-686-3075

For human capital information you need, connect with OCCHCO's Human Capital Service Desk by phone (866) 896-8003 or by email FEMA-HC-ServiceDesk@fema.dhs.gov.

*Customer service is my priority.  Please provide any feedback regarding my customer service to my supervisor Katie Short at Katie.short@fema.dhs.gov.*

**From:** N Coleman [mailto:ninacoleman7771@gmail.com]
**Sent:** Tuesday, September 4, 2018 10:16 AM
**To:** Tyler, Kjirstin <kjirstin.tyler@fema.dhs.gov>
**Subject:** Re: Application Status

Morning, how soon should I expect to hear back from the selecting official?

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

On Fri, Aug 24, 2018, 1:52 PM Tyler, Kjirstin <careerconnector@mgsapps.monster.com> wrote:

Dear NINA COLEMAN,

This is to advise you of the action taken on your application for vacancy announcement FEMA-18-KMT-248849-RSV, Emergency Management Specialist (Recovery) - Disaster Survivor Assistance Specialist, GS-0089-01 with the Federal

Emergency Management Agency.

You were among the best qualified and referred to the selecting official for consideration.

 Gmail

N C <ninacoleman7771@gmail.com>

---

## Re: Re:Application Status.

1 message

---

**N Coleman** <ninacoleman7771@gmail.com>                                                            Wed, Sep 12, 2018 at 9:22 AM
To: "Tyler, Kjirstin" <Kjirstin.Tyler@fema.dhs.gov>

Thanks for responding but you still have not stated why I was not selected and I know there is a need or they wouldn't have posted the job. There is always a need in DSA.

Or are you saying DSA is no longer hiring so it is why I wasn't selected. They always need qualified people the more qualified the less money spent to qualify.

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

On Wed, Sep 12, 2018, 9:00 AM Tyler, Kjirstin <kjirstin.tyler@fema.dhs.gov> wrote:

> Good morning,
>
> Thank you for your interest in our Emergency Management Specialist (Recovery) – Disaster Survivor Assistance Specialist, IM-0089-01 position. Based on the needs of the agency, while you met the basic requirements of the position you have not been selected at this time. We would encourage you to consider other opportunities with the Federal Emergency Management Agency. Please find our vacancies listed on www.usajobs.gov.
>
> Best wishes,
>
> Kjirstin Tyler
>
> Human Resource Specialist
>
> Stafford Act Branch
>
> Office of the Chief Component Human Capital Officer
>
> Federal Emergency Management Agency
>
> Department of Homeland Security
>
> 430 Market Street, Winchester, VA 22603
>
> Office- 540-686-3075
>
> Mobile- 202-322-4832
>
> eFax- 540-686-3075
>
> For human capital information you need, connect with OCCHCO's Human Capital Service Desk by phone (866) 896-8003 or by email FEMA-HC-ServiceDesk@fema.dhs.gov.
>
> *Customer service is my priority. Please provide any feedback regarding my customer service to my supervisor Denise Hayes at denise.hayes@fema.dhs.gov.*

DHS-FEMA-00911-2021

**From:** N Coleman [mailto:ninacoleman7771@gmail.com]
**Sent:** Monday, September 10, 2018 10:56 AM
**To:** Tyler, Kjirstin <kjirstin.tyler@fema.dhs.gov>
**Subject:** Re:Application Status.

I know by law you are to inform me why I was qualified but not selected?

The cadre is in need of qualified staff, could you inform me of the reason why I was qualified but not selected?

Thank you.

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

On Mon, Sep 10, 2018, 9:27 AM Tyler, Kjirstin <careerconnector@monstergovt.com> wrote:

Dear NINA COLEMAN,

Thank you for your interest in the Federal Emergency Management Agency.

Your application was reviewed for vacancy announcement FEMA-18-KMT-248849-RSV. You were qualified for the Emergency Management Specialist (Recovery) - Disaster Survivor Assistance Specialist, IM-0089-01 position; however, you were not selected.

We encourage you to consider other opportunities with the Federal Emergency Management Agency. All of our vacancies can be located at www.usajobs.gov.

We wish you success in your employment endeavors.

DHS-FEMA-00911-2021

DHS-FEMA-00911-2021

 Gmail

N C <ninacoleman7771@gmail.com>

---

## RE: Application Status: Not Reviewed/Not Referred

1 message

---

**Griffin, Calvin** <calvin.griffin@fema.dhs.gov>
To: NC Old-Soul <ninacoleman7771@gmail.com>

Wed, Jul 3, 2019 at 1:30 PM

---

Hello,

For this position (FEMA-19-CTG-302036-IMCORE), the hiring manager did not select your application packet from the pool of applicants for further review. Unfortunately, information regarding the review process was not provided to Human Resources, so I have no additional information to provide to you.

I hope you find this information useful. I would like to encourage you to continue your career search by reviewing additional FEMA positions; A listing of FEMA's available vacancies can be found at www.usajobs.gov.

Thank you,

Calvin Griffin

HR Specialist

Talent Acquisition Division

Office of the Chief Component Human Capital Officer

Federal Emergency Management Agency

Department of Homeland Security

430 Market Street, Winchester, VA, 22601

Cell: 202-717-1485

Office Hours: Monday – Friday 7:00am – 3:30pm

For human capital information you need, connect with OCCHCO's Human Capital Service Desk by phone (866) 896-8003 or by email FEMA-HC-ServiceDesk@fema.dhs.gov.

FEMA Business Process Hub: https://portalapps.fema.net/apps/processhub/hr/RA/Pages/default.aspx

Customer service is my priority. Please provide any feedback regarding my customer service to my supervisor Lorraine Bowman at Lorraine.bowman@fema.dhs.gov.



DHS-FEMA-00911-2021

*For Official Use Only - Privacy Act Sensitive. This document was prepared by DHS/FEMA and is covered by federal and state law governing electronic communications. It may contain confidential, pre-decisional, and/or sensitive Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please consult the original sender before disclosing any information contained herein. If you have received this in error, please reply immediately to the sender and delete this message*

**From:** NC Old-Soul <ninacoleman7771@gmail.com>
**Sent:** Tuesday, July 2, 2019 5:55 PM
**To:** Griffin, Calvin <calvin.griffin@fema.dhs.gov>
**Subject:** Re: Application Status: Not Reviewed/Not Referred

Could you please advise why my application was not referred to the hiring official?  Thank you.

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

On Tue, Jul 2, 2019, 8:08 AM Griffin, Calvin <noreply@mgsapps.monster.com> wrote:

Dear NINA COLEMAN,

Thank you for your interest in the Federal Emergency Management Agency (FEMA).  You applied to vacancy announcement FEMA-19-CTG-302036-IMCORE for the Emergency Management Specialist (Disaster Survivor Assistance Group Supervisor), IT-0089-3 position.  Your application was not referred to the selecting official for further consideration.

We encourage you to consider other opportunities with FEMA.  A listing of our available vacancies can be found at www.usajobs.gov.  We wish you success in your employment endeavors.

 Gmail

N C <ninacoleman7771@gmail.com>

## Application Status: Not Reviewed/Not Referred

1 message

**Griffin, Calvin** <noreply@mgsapps.monster.com>                                          Tue, Jul 2, 2019 at 8:08 AM
Reply-To: calvin.griffin@fema.dhs.gov
To: ninacoleman7771@gmail.com

Dear NINA COLEMAN,

Thank you for your interest in the Federal Emergency Management Agency (FEMA).  You applied to vacancy announcement FEMA-19-CTG-302036-IMCORE for the Emergency Management Specialist (Disaster Survivor Assistance Group Supervisor), IT-0089-3 position.  Your application was not referred to the selecting official for further consideration.

We encourage you to consider other opportunities with FEMA.  A listing of our available vacancies can be found at www.usajobs.gov.  We wish you success in your employment endeavors.

DHS-FEMA-00911-2021

 Gmail

N C <ninacoleman7771@gmail.com>

## Application Status: Non-Selection

1 message

**Tyler, Kjirstin** <noreply@monstergovt.com>                                                  Wed, Sep 15, 2021 at 7:33 AM
Reply-To: Kjirstin.Tyler@fema.dhs.gov
To: ninacoleman7771@gmail.com

Dear NINA COLEMAN,

Thank you for your interest in the Federal Emergency Management Agency.

Your application was reviewed for vacancy announcement FEMA-21-KMT-481519-RSV. You were found qualified for the following position: Emergency Management Specialist - Recovery (Disaster Survivor Assistance Specialist) (Intermittent), IM-0089-00 position; however, you were not selected.

We encourage you to consider other opportunities with the Federal Emergency Management Agency. All of our vacancies can be located at www.usajobs.gov.

We wish you success in your employment endeavors.

DHS-FEMA-00911-2021

 Gmail

N C <ninacoleman7771@gmail.com>

---

## Fwd: DHS FEMA Planning Specialist Position

1 message

N C <ninacoleman7771@gmail.com>                                Tue, Oct 12, 2021 at 9:40 AM
To: "Wickham, Robert" <robert.wickham@fema.dhs.gov>
Cc: FEMA-HC-ServiceDesk <FEMA-HC-SERVICEDESK@fema.dhs.gov>, Office of the Administrator
<officeoftheadministrator@fema.dhs.gov>, FEMA-OCSO-Background-Compliance-Unit@fema.dhs.gov

Please see below, I was shown qualified and had an interview for Planning Specialist position, so perhaps it is only you that was unable to articulate the resume.

I also believe your actions to make up I am not qualified for a position to not allow me an Equal opportunity to be compete should be reported.

You maybe new to FEMA but my assignments as Public Assistance and DSA Admin did Planning tasks, complete 215s, (215s go into IAP), submit information for 204C that is in IAP prepare Executive Summaries and Sitereps. I also prepared the org chart and had to show Planning employees have to do one accurate for DSA. Planning places specialist in various cadres to help with their admin tasks and that is why I had an Planning Admin PTB while an Public Assistant Ops Support Specialist to deploy to help 6 cadres. They would not have offered me the PTB if did not have the experience. PTB is only to qualify you on paper. I worked for FEMA 5 or 6 yrs before they started PTBs.

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395

————— Forwarded message —————
From: Manko, Amber <amber.manko@fema.dhs.gov>
Date: Mon, Jul 2, 2018, 2:02 PM
Subject: RE: DHS FEMA Planning Specialist Position
To: N Coleman <ninacoleman7771@gmail.com>
Cc: PlanningCadre <planningcadre@fema.dhs.gov>


Good Afternoon Nina,


Thursday July 5th 10:30am works the best for me of those times listed. I will send you a meeting invitation for 10:30-11:00am EST.


Thank you!

Amber


Amber Manko

Supervisory Program Manager

Response Directorate

Planning & Exercise Division, Cadre Management

500 C Street S.W.

Washington, DC  20472

Cell: (202)714-8479

Email: Amber.manko@fema.dhs.gov

DHS-FEMA-00911-2021



**From:** N Coleman [mailto:ninacoleman7771@gmail.com]
**Sent:** Monday, July 2, 2018 2:54 PM
**To:** Manko, Amber <amber.manko@fema.dhs.gov>
**Cc:** PlanningCadre <planningcadre@fema.dhs.gov>
**Subject:** Re: DHS FEMA Planning Specialist Position


Good afternoon. I am still interested in the Planning Specialist and I am available July 3rd at 11 am or 3pm central standard time.


If July 3rd is not convenient for you I am available July 5th at 10:30am or 4pm Cst. July 6th is open for any time.

Sincerely,

Nina M. Coleman, Contractor
Contact: 214-563-5395


On Mon, Jul 2, 2018, 1:12 PM Manko, Amber <amber.manko@fema.dhs.gov> wrote:

Good Afternoon,


I am writing in regards to your recent application submission for the USA Jobs posting for the Department of Homeland Security (DHS) Federal Emergency Management Agency (FEMA) position of Planning Specialist Reservist.


As you are aware from the job posting to which you applied, this is an intermittent, field based position.


If you are still interested in this position, I would like to set up a phone call to briefly discuss your interest and the expectations behind our Reservist Planning Specialist position.


If interested, please email me back with your availability this week including date(s) and time(s) as well as the best phone number to reach you. If this week does not work for you, please let me know the soonest opportunity you would have to briefly discuss. Please allow for 30 minutes on the phone.


Thank you,


Amber


## Amber Manko

Supervisory Program Manager

Response Directorate

Planning & Exercise Division, Cadre Management

500 C Street S.W.

DHS-FEMA-00911-2021

Washington, DC  20472

Cell: (202)714-8479

Email: Amber.manko@fema.dhs.gov



---

**2 attachments**


image002.png
37K


image002.png
37K

DHS-FEMA-00911-2021

 Gmail

N C <ninacoleman7771@gmail.com>

## Application Status: No Further Consideration
1 message

**Griffin, Calvin <noreply@mgsapps.monster.com>**
Reply-To: calvin.griffin@fema.dhs.gov
To: ninacoleman7771@gmail.com

Thu, Oct 31, 2019 at 11:01 AM

Dear NINA COLEMAN,

Thank you for your interest in the Federal Emergency Management Agency (FEMA). You applied to vacancy announcement FEMA-19-CTG-321400-CORE for the Reports Analyst, IC-0301-11 position. Your application was reviewed by the selecting official(s) but not identified/selected for further consideration.

We encourage you to consider other opportunities with FEMA. A listing of our available vacancies can be found at www.usajobs.gov. We wish you success in your employment endeavors.

DHS-FEMA-00911-2021

 Gmail

N C <ninacoleman7771@gmail.com>

## Application Status: Referred
1 message

**Tyler, Kjirstin** <noreply@monstergovt.com>                                   Thu, Dec 2, 2021 at 3:21 PM
Reply-To: Kjirstin.Tyler@fema.dhs.gov
To: ninacoleman7771@gmail.com

Dear NINA COLEMAN,

This is to advise you of the action taken on your application for vacancy announcement FEMA-22-KMT-498795-RSV, Emergency Management Specialist (Recovery) (Disaster Survivor Assistance Specialist) Intermittent, IM-0089-00 with the Federal Emergency Management Agency.

You were among the best qualified candidates and referred to the Selecting Official for consideration.  However, there is no agency requirement that all best qualified applicants be interviewed.  There is no further action required from you at this time.

Thank you for your interest in employment with the Federal Emergency Management Agency.

DHS-FEMA-00911-2021

 Gmail

**N C <ninacoleman7771@gmail.com>**

---

## Application Status: Referred
1 message

---

**Rodriguez, Nadine <noreply@mgsapps.monster.com>**
Reply-To: Nadine.rodriguez@fema.dhs.gov
To: ninacoleman7771@gmail.com

Fri, Dec 18, 2020 at 10:59 AM

Dear NINA COLEMAN,

This is to advise you of the action taken on your application for vacancy announcement FEMA-21-NLR-403595-CORE, Emergency Management Specialist (Recovery), IC-0089-09 with the Federal Emergency Management Agency.

You were among the best qualified candidates and referred to the selecting official for consideration.  There is no further action required from you at this time.

Thank you for your interest in employment with the Federal Emergency Management Agency.

DHS-FEMA-00911-2021

Below I was referred in an Emergency Manager CORE position and the qualifications are the same as the IM CORE DSA Reports Analyst position that I was told I was not qualified for.

 Gmail

N C <ninacoleman7771@gmail.com>

## Application Status: Referred
1 message

**Rodriguez, Nadine** <noreply@mgsapps.monster.com>
Reply-To: Nadine.rodriguez@fema.dhs.gov
To: ninacoleman7771@gmail.com

Fri, Dec 18, 2020 at 10:59 AM

Dear NINA COLEMAN,

This is to advise you of the action taken on your application for vacancy announcement FEMA-21-NLR-403595-CORE, Emergency Management Specialist (Recovery), IC-0089-09 with the Federal Emergency Management Agency.

You were among the best qualified candidates and referred to the selecting official for consideration. There is no further action required from you at this time.

Thank you for your interest in employment with the Federal Emergency Management Agency.

DHS-FEMA-00911-2021

# Emergency Management Specialist (Recovery)

DEPARTMENT OF HOMELAND SECURITY

Federal Emergency Management Agency

# Summary

This position is being announced under FEMA's Cadre of On-call Response/Recovery Employee (CORE) Program.  This is a temporary appointment in the Excepted Service, not to exceed 2 years, with the option to extend based on workload and funding availability. Veterans Preference does not apply to the CORE selection process.

View common definitions of terms found in this announcement.

# Overview

( **Hiring complete** )

### Open & closing dates
🕐 11/24/2020 to 11/30/2020

This job will close when we have received **200 applications** which may be sooner than the closing date. Learn more (https://www.usajobs.gov//Help/how-to/job-announcement/closing-types/#applicant-cut-off)

### Salary
$64,535 - $101,503 per year

### Pay scale & grade
IC 09 - 11

### Location
Many vacancies in the following location:

📍 **Oakland, CA**

### Telework eligible
Yes—as determined by the agency policy.

### Travel Required
Occasional travel - Occasional non-emergency travel may be required.

### Relocation expenses reimbursed
No

### Appointment type
Term - Temporary - Not to Exceed 2 Years

### Work schedule
Full-time - Full Time

### Service

Excepted

**Promotion potential**
NA

**Job family (Series)**
0089 Emergency Management Specialist
(/Search/Results?j=0089)

**Supervisory status**
No

**Security clearance**
Not Required
(/Help/faq/job-announcement/security-clearances/)

**Drug test**
No

**Position sensitivity and risk**
Moderate Risk (MR)
(https://www.usajobs.gov/Help/faq/job-announcement/security-clearances/)

**Trust determination process**
Suitability/Fitness
(https://www.usajobs.gov/Help/faq/job-announcement/security-clearances/)

---

**Announcement number**
FEMA-21-NLR-403595-CORE

**Control number**
585348000


T H I S   J O B   I S   O P E N   T O

 **The public**
U.S. Citizens, Nationals or those who owe allegiance to the U.S.

**Clarification from the agency**

This Job is open to: U.S. Citizens


# Duties

The Department of Homeland Security (DHS) is calling on those who want to help protect American interests and secure our Nation. DHS Components work collectively to prevent terrorism; secure borders and our transportation systems; protect the President and other dignitaries; enforce and administer immigration laws; safeguard cyberspace; and ensure resilience to disasters. We achieve these vital missions through a diverse workforce spanning hundreds of occupations. Make an impact; join DHS.

DHS-FEMA-00911-2021

When disaster strikes, America looks to the Federal Emergency Management Agency (FEMA). Now FEMA looks to you. Join our team and use your talent to support Americans in their times of greatest need. FEMA prepares the nation for all hazards and manages Federal response and recovery efforts following any national incident. We foster innovation, reward performance and creativity, and provide challenges on a routine basis with a well-skilled, knowledgeable, high performance workforce. Please visit www.fema.gov

(https://www.fema.gov/)

for additional information.

**EMERGENCY ASSIGNMENT:** Every FEMA employee has regular and recurring emergency management responsibilities, though not every position requires routine deployment to disaster sites. All positions are subject to recall around the clock for emergency management operations, which may require irregular work hours, work at locations other than the official duty station, and may include duties other than those specified in the employee's official position description. Travel requirements in support of emergency operations may be extensive in nature (weeks to months), with little advance notice, and may require employees to relocate to emergency sites with physically austere and operationally challenging conditions.

In this position, you will serve as an Emergency Management Specialist for Region Nine. Typical assignments include:

* Facilitating the delivery of Public Assistance grant funding on behalf of Applicants.
* Developing the list of damaged sites, scheduling site inspections, summarizing applicant damages, and coordinating requests for information and questions.
* Working with the applicants to resolve their program related needs ensuring projects are processed as efficiently and expeditiously as possible.
* Tracking and communicating the progress of all projects through the entire program delivery model in coordination with the Applicant.
* Additional duties include: Preliminary Damage Assessments Site Inspections Project Worksheet Programmatic Components.
* Creating Quarterly Reports/Disaster Financial Reports.
* Developing/Updating of SOPs and Disaster Checklists General Correspondence State Management Cost Reviews Project Management and Data Analysis.

**Promotion Potential:** Positions filled under Stafford Act regulations generally do not have documented promotion potential; however, dependent on an employee's ability to perform higher level duties, the continuing need for an employee to perform work associated with a higher level position, and administrative recommendation and approval, promotions may be earned by CORE employees.

# Requirements

## Conditions of Employment

* You must be a U.S. citizen to be considered for this position.
* You must successfully pass a background investigation.
* Travel will be required.
* You must be able to obtain and maintain a Government credit card.
* Selective service registration is required for males born after 12/31/59.
* Please review "Other Information" section for additional key requirements.

To ensure the accomplishment of our mission, DHS requires every employee to be reliable and trustworthy. To meet those standards, all selected applicants must undergo, successfully pass, and maintain a background investigation for Moderate Risk Investigation Level as a condition of placement into this position. This may include a credit check after initial job qualifications are determined, a review of financial issues, such as delinquency in the payment of debts, child support and/or tax obligations, as well as certain criminal offenses and illegal use or possession of drugs (please visit: Mythbuster on Federal Hiring Policies

(https://chcoc.gov/sites/default/files/Mythbuster_on_Federal_Hiring_Policies_0.pdf)

for additional information). *For more information on background investigations for Federal jobs please visit* OPM Investigations

(https://www.opm.gov/faqs/topic/investigate/?cid=56d6e92e-6e27-4b6a-8969-4a7a1bfba76d)

.

DHS-FEMA-00911-2021

Please ensure you meet the qualification requirements described below.

# Qualifications

The qualification requirements listed below must be met within 30 days of the closing date of the announcement.

To qualify for this position at the IC-09 level (starting salary $64,535) your resume must clearly demonstrate at least full year of specialized experience equivalent to the next lower grade (IC-07) in the Federal Service.  This experience may have been gained in the federal government, a state or local government, a non-profit organization, the private sector, or as a volunteer; however, your resume must clearly describe at least one year of the following specialized experience:

1. Providing technical guidance on organizational regulations, policies, and procedures;

2. Conducting research of regulations and laws to support compliance determinations; and

3. Composing written reports of technical information using electronic software

**OR**


Master's or equivalent graduate degree; or

2 full years of progressively higher level graduate education leading to such a degree; or

LL.B. or J.D., if related;


**OR**

Combination of education and experience

To qualify for this position at the IC-11 level (starting salary $78,081) your resume must clearly demonstrate at least full year of specialized experience equivalent to the next lower grade (IC-09) in the Federal Service.  This experience may have been gained in the federal government, a state or local government, a non-profit organization, the private sector, or as a volunteer; however, your resume must clearly describe at least one year of the following specialized experience:

1. Providing technical guidance to State and Local stakeholders on emergency management principles;

2. Developing goals and coordinating activities across multiple stakeholders to meet project timelines; and

3. Preparing reports and delivering briefings to leadership on process improvement practices.

**OR**

Ph.D. or equivalent doctoral degree;

3 full years of progressively higher-level graduate education leading to such a degree; or

LL.M., if related.

**OR**

Combination of education and experience

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.

Your application must show that you meet all requirements for this position. You may be found "not qualified" if you do not possess the minimum competencies required for the position.

**NOTE:** Qualifications are based on breadth/level of experience. In addition to describing duties performed, applicants must provide the exact

DHS-FEMA-00911-2021

dates of each period of employment (from MM/DD/YY to MM/DD/YY) and the number of hours worked per week if part time. As qualification determinations cannot be made when resumes do not include the required information, failure to provide this information may result in disqualification. Applicants are encouraged to use the USAJOBS Resume Builder to develop their federal resume. For a brief video on How to Create a Federal Resume, click here.
(https://www.youtube.com/watch?v=8YX7o1PBoFk)

**NOTE:** If you are using the USAJOBS Resume Builder, please insert the dates of employment in MM/DD/YY format at the top of the "Duties, Accomplishments, and Related Skills" text field for each period of employment included on your resume.

**Current or former FEMA Reservists/DAE employees:** To accurately credit your experience for these intermittent positions, make sure to list the dates (from MM/DD/YY to MM/DD/YY) of each deployment, along with the job title and specific duties you were responsible for during each deployment. Failure to provide this information may result in disqualification.

# Education

**NOTE:** If you are qualifying based on education and/or are selected for a position which requires a college degree to meet minimum qualification requirements, you will be required to submit your official college transcript(s) at time of selection.

# Additional information

- If you receive a conditional offer of employment for this position, you will be required to complete an Optional Form 306, Declaration for Federal Employment
  (https://www.opm.gov/forms/pdf_fill/OF0306.pdf)
  , and to sign and certify the accuracy of all information in your application, prior to entry on duty. False statements on any part of the application may result in withdrawal of offer of employment, dismissal after beginning work, fine, or imprisonment.

# Benefits

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits
(https://www.usajobs.gov/Help/working-in-government/benefits/)
.

DHS offers competitive salaries and an attractive benefits package, including: health, dental, vision, life, and long-term care insurance; retirement plan; Thrift Savings Plan [similar to a 401(k)]; Flexible Spending Account; Employee Assistance Program; personal leave days; and paid federal holidays. Other benefits may include: flexible work schedules; telework; tuition reimbursement; transportation subsidies; uniform allowance; health and wellness programs; and fitness centers. DHS is committed to employee development and offers a variety of employee training and developmental opportunities. For more information, go to the DHS Careers
(https://www.dhs.gov/homeland-security-careers)
website and select "Benefits." Disabled veteran leave
(https://www.opm.gov/policy-data-oversight/pay-leave/leave-administration/fact-sheets/disabled-veteran-leave/)
will be available to any Federal employee hired on or after November 5, 2016, who is a veteran with a service-connected disability rating of 30 percent or more.

Review our benefits
(https://www.dhs.gov/homeland-security-careers/benefits)

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How You Will Be Evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

DHS-FEMA-00911-2021

We will review your resume, supporting documentation, and your responses to the occupational questionnaire to ensure you meet the minimum qualification requirements. If you are qualified, you may be referred to a selection panel for consideration.

**We recommend that you preview the online questions for this announcement before you start the application process.**

**Interview Requirement.** Interviews may be required for this position. Failure to complete the interview may result in removal from further consideration.

**To preview questions please click here.**

# Required Documents

1. **Your resume.**
2. **Your responses to the job questionnaire** - You will be directed to the online job questionnaire once you begin the application process for this position.
3. **Are you a current or former federal employee?** Submit a copy of your most recent SF-50, Notification of Personnel Action that demonstrates your eligibility for consideration, e.g., length of time you have been in your current grade; your highest grade held; your current promotion potential and proof of permanent appointment if applying based on an interchange agreement. Examples of appropriate SF-50s include promotions, within-grade increases and accessions.
4. **Are you qualifying based on education?** Submit a copy of your college transcript (unofficial is acceptable) from an accredited institution. Once selected and prior to appointment, applicants must provide an official college transcript. Education completed in foreign colleges or universities may be used to meet Federal qualification requirements if you can show that your foreign education is comparable to education received in accredited educational institutions in the United States. For example, specific courses accepted for college-level credit by an accredited U.S. college or university, or foreign education evaluated by an organization recognized for accreditation by the Department of Education as education equivalent to that gained in an accredited U.S. college or university. It is your responsibility to provide such evidence with your application. See **Recognition of Foreign Qualifications** (https://www2.ed.gov/about/offices/list/ous/international/usnei/us/edlite-visitus-forrecog.html) for more information.

## If you are relying on your education to meet qualification requirements:

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education (http://www.ed.gov/admins/finaid/accred/)
.

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# How to Apply

To begin your online application, click "Apply Online" to create a USAJOBS account and follow the prompts or log in to your existing account. Your application packet must include a completed assessment questionnaire, a resume, and any applicable and or required supporting documentation. Please see the **"Required Documents"** section for additional information. **All application materials, including transcripts, must be in English.**

**Applications and supporting documentation will not be accepted by mail or email. You must submit your resume, your online questionnaire, and any supporting documents by 11:59 PM eastern standard time on the posted closing date of this job opportunity announcement, or at 11:59 PM eastern standard time on the date the application limit has been reached, whichever occurs first.**

It is your responsibility to verify that any information entered or uploaded is received and is accurate. Determining your eligibility and qualifications is dependent on the supporting documentation and information provided, which may impact your referral for further consideration. If a document is not legible, Human Resources will not be able to view it in your application.

We strongly encourage you to apply online. If you cannot apply online or do not have access to the internet (e.g., applicant experiencing documented system issues, applicant does not have access to the internet, etc.), you may be able to submit a paper application and the required forms.  To do so, please contact the Human Resources Specialist listed in the Agency Contact Information prior to the close of this announcement.

# Agency contact information

 ## Nadine Rodriguez

**Phone**

202-735-7597
(tel:202-735-7597)

**TDD**

800-877-8339

**Fax**

999-999-9999

**Email**

Nadine.Rodriguez@fema.dhs.gov
(mailto:Nadine.Rodriguez@fema.dhs.gov)

Learn more about this agency
(#agency-modal-trigger)

**Address**

FEMA - Federal Emergency Management Agency
Please read entire announcement
Please apply online
Washington, District of Columbia 20472
United States

# Next steps

Once you submit your application, we will assess your experience and training, identify the qualified applicants, and refer those applications to the hiring manager for further consideration and possible interviews. We will notify you by email after each of these steps has been completed.

We expect to make a final job offer within 30 days after the deadline for applications.

If you are selected, we will conduct a suitability/security background investigation.

View more information on applying for federal employment.
(https://usajobs.github.io/ATP-Support/job-announcement-playbook/details/how-to-apply/)

Any Offers of employment made pursuant to this announcement will be consistent with all applicable authorities, including Presidential Memoranda, Executive Orders, interpretive U.S. Office of Personnel Management guidance and U.S. Office of Management and Budget plans and policies concerning hiring. These authorities are subject to change.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

Equal Employment Opportunity (EEO) Policy
(/Help/equal-employment-opportunity/)

Reasonable accommodation policy
(/Help/reasonable-accommodation/)

Financial suitability
(/Help/working-in-government/fair-and-transparent/financial-suitability/)
New employee probationary period
(/Help/working-in-government/fair-and-transparent/probationary-period/)
Privacy Act
(/Help/working-in-government/fair-and-transparent/privacy-act/)

Selective Service
(/Help/working-in-government/fair-and-transparent/selective-service/)
Signature and false statements
(/Help/working-in-government/fair-and-transparent/signature-false-statements/)
Social security number request
(/Help/working-in-government/fair-and-transparent/social-security-number/)

DHS-FEMA-00911-2021

JS 44 (Rev. 10/20)—TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*Nina M Coleman*

**DEFENDANTS**

*DHS Alejandro Mayorkas*

**(b)** County of Residence of First Listed Plaintiff *Dallas*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**RECEIVED**

**DEC 1 5 2021**

CLERK U.S. DISTRICT COURT

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

*None*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
*(U.S. Government Not a Party)*

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**

☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
☒ 440 Other Civil Rights
☐ 441 Voting
☒ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**

☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**

☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**

☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**

☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**

☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**

☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**

☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**

☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 485 Telephone Consumer Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

*2016 case* (handwritten, right margin)

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* 440, 442 and *Civil Rights Act 1964*
Brief description of cause: *Retaliation Post I said I was not qualified for a position Texas submitted a letter are Workers are because of*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *6,000*
*page 11 of filing*

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions:)*

JUDGE

DOCKET NUMBER

*3:18-CV-02174-BK  3:19-CV-01619*
*1:18-CV-02268-BAH*

DATE *12/15/21*

SIGNATURE OF ATTORNEY OF RECORD *None*

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE